David Hathaway
FULL NAME
David Hathaway
COMMITTED NAME (if different)
Ironwood State Prison
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O.Box 2199,Blythe Ca.92226

AV5282
PRISON NUMBER (if applicable)



ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

David Hathaway  PLAINTIFF,

v.

McDowell,Mathis,Covarubias,Hobbs, Doe

DEFENDANT(S).

CASE NUMBER

EDCV 15 - 02 2 4 7 MWF (MRW)

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)



a. Parties to this previous lawsuit:

   Plaintiff _____

   _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ David Hathaway _____

(print plaintiff's name)

who presently resides at _____ ISP, P.O. Box 2199, Blythe, Ca. 92226 _____

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Ironwood State Prison, Blythe, Ca. 92226

(institution/city where violation occurred)

on (date or dates) _June 26,2015_ _____ , _____ , _____
                (Claim I)               (Claim II)             (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant    Neil Mc.Dowell _____ resides or works at
          (full name of first defendant)
           1905 Wiley's Well RD.,Blythe,Ca. 92226
          (full address of first defendant)
           Warden,Ironwood State Prison
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
       See Attached Brief

2. Defendant    Mathis _____ resides or works at
          (full name of first defendant)
           1905 Wiley's Well RD.,Blythe,Ca. 92226
          (full address of first defendant)
           Lieutenant
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
       See Attached Brief

3. Defendant    Covarrubias _____ resides or works at
          (full name of first defendant)
           1905 Wiley's Well RD.,Blythe,Ca.92226
          (full address of first defendant)
           Correctional Counselor
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
       See Attached Brief

4. Defendant Hobbs _____ resides or works at
(full name of first defendant)
1905 Wiley's Well RD.,Blythe Ca. 92226
(full address of first defendant)
Correctional Counselor
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
See Attached Brief
_____

5. Defendant John Doe _____ resides or works at
(full name of first defendant)
1905 Wiley's Well RD.,Blythe,Ca. 92226
(full address of first defendant)
Engineering Department Head Supervisor
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
See Attached Brief
_____

D. **CLAIMS***

CLAIM I

The following civil right has been violated:

_____See Attached Brief_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____See Attached Brief_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

E. **REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____ See Attached Brief _____

_____ 10/13/2015 _____
*(Date)*

_____ David Hathaway _____
*(Signature of Plaintiff)*

*PROOF OF SERVICE*

<u>Declaration of Service by Mail</u>

I, _David Hathaway_____, declare that I am over the age of

Eighteen (18) and that I (<u>am</u> / am not) a party to this action. On _October_____

_13___, 20 _15_____, I deposited a copy of the following document (s):

> SECTION 1983 CIVIL RIGHTS
> COMPLAINT

in a sealed envelope with the postage prepaid into the United States mail

outlet via an authorized California Department of Corrections employee at

Ironwood State Prison, in Riverside County, Blythe, California, and

address as follows:     United States District Court
                        Central District of California
                        312 North Spring Street, Room G-8
                        Los Angeles, Ca. 90012

I declare under penalty of perjury by the laws of the State of

California that the foregoing is true and correct (pursuant to 28 USCA § 1746 (2) ).

DATE _10/13/2015_____                SIGNATURE _David Hathaway_

## BRIEF

This is a Section 1983 CIVIL RIGHTS LAWSUIT FOR DAMAGES AND FOR RELIEF AGAINST PRISON OFFICIALS AT IRONWOOD STATE PRISON. This lawsuit alleges plaintiff Hathaway's eighth amendment Constitutional rights are violated and he suffered a serious injury as a direct result of prison official's actions.Plaintiff was assigned an inappropriate work assignment,had no recourse to refuse work or work assignment,has below a sixth grade education level,was provided no safety training,no safety equipment,no proper tools,no competent supervision,and was instructed to perform an unreasonable, dangerous task with no recourse for refusal.As a direct result plaintiff suffered a broken bone.Prison officials at Ironwood State Prison named in this lawsuit acted with neglegent,deliberate indifference,and willful disregard of the eighth amendment to the U.S. Constitution,California Code of Regulations,and the personal safety of the plaintiff.

## PLAINTIFF

The lawsuit alleges that the eighth amendment rights of David Hathaway #AV5283, a CDCR prisoner,who resides at Ironwood State Prison were violated by the actions herein and by the below named defendants.Plaintiff claims he suffered a serious injury due to the defendants actions,neglect,deliberate indifference,and unwil willingness to perform their duties in accordance with the California Code of Regulations and the United states Constitution.

## DEFENDANTS

### A.NEIL MCDOWELL,WARDEN IRONWOOD STATE PRISON

At all times here in this lawsuit was acting under color of law as a representative of the state of California,the CDCR,and

PG.1/8

1  is being sued in his personal capacity for damages and in his offici-

2  al capacity only for injunctive relief.Defendant failed to ensure pl-

3  aintiff was free from cruel and unusual punishment as guaranteed by

4  the US Constitution.Defendant failed to guard against reasonable risk

5  to the personal safety of the plaintiff.Defendant failed to ensure

6  his subordinates perform their duties in accordance with Cal. Code of

7  Regulations/CDCR guidelines.Defendant failed to ensure work and voca-

8  tional areas are within OSHA guidelines,Failed to ensure inmate wor-

9  kers in general,and plaintiff specifically are provided with safety

10  training,safety equipment,safe work environments,or competent super-

11  vision,by neglecting to ensure his staff perform their duties in ac-

12  cordance with all state and CDCR regulations defendant promotes an

13  atmosphere of willful disregard to personal safety.

### B.LT.MATHIS

15  At all times mentioned herein this lawsuit,defendant was ac-

16  ting under color of law as a representative of the state of CA.,the

17  CDCR,as a correctional lieutenant at Ironwood State Prison,and is

18  being sued in his personal capacity for damages and in his official

19  capacity only for injunctive relief.This defendant neglected to per-

20  form his duties in accordance with Cal. Code of regulations.Defend-

21  ant failed to research plaintiff before assigning him to a work ass-

22  ignment.Defendant performed his duties with deliberate indifference

23  by handpicking plaintiff for plaintiff's work assignment as a stati-

24  ionary engineer.Defendant showed willful disregard for CDCR policy

25  and personal safety of plaintiff.Defendant violated plaintiffs con-

26  stitutional right to be free from cruel and unusual punishment.

### C.CCI COVARRUBIAS

28  At all times mentioned herein this lawsuit was acting

PG.2/8

PRINTED ON RECYCLED PAPER

under color of law as a representative of the state of California, the CDCR, as a correctional counselor at Ironwood State Prison, and is being sued in his personal capacity for damages, and in his official capacity only for injunctive relief. This defendant was party to a committee and committee action approving plaintiff for his work assignment as stationary engineer. Plaintiff met no criteria for aforementioned assignment. This defendant was neglectful in his duties as a correctional counselor by not researching and classifying plaintiff properly. Defendant demonstrated deliberate indifference by haphazardly approving plaintiff for virtually any/all work assignment available at I.S.P.

### D. CCII HOBBS

At all times mentioned herein in this lawsuit was acting under color of law as a representative of the state of California, the CDCR, as a correctional counselor at Ironwood State Prison, and is being sued in his personal capacity for damages and in his official capacity only for injunctive relief. This defendant was chairman of a committee and committee action placing plaintiff in his work assignment as stationary engineer. Plaintiff did not meet criteria for aforementioned work assignment. This defendant was neglectful by not researching and classifying plaintiff appropriately. Defendant was neglectful in his duties by failing to reject inappropriate committee actions which would protect inmates and plaintiff from harm. Defendant demonstrated deliberate indifference by haphazardly approving plaintiff for any and all work assignments available at I.S.P.

### E. John Doe, Engineering Head Supervisor, ISP

At all times mentioned herein in this lawsuit was acting

PG.3/8

PRINTED ON RECYCLED PAPER

under color of law as a state representative of the state of California,the CDCR,as a supervisory staff member at ISP in the engineering department and is being sued in his personal capacity for damages and in his official capacity only for injunctive relief.This defendant failed to ensure safety orientation training upon plaintiffs assignment to engineering department.Defendant failed to ensure safety training specific to the task plaintiff was ordered to perform on June 26,2015 was provided.Defendant failed to ensure safety equipment was provided in general,or specific to the task that plaintiff was ordered to perform resulting in injury.Defendant ordered plaintiff to perform a dangerous technical task outside the area of expertise of an inmate worker with below a sixth grade level of education.Defendant failed in his duties as a supervisory staff member to ensure OSHA guidelines were adhered to by his subordinates on all work areas.Defendant failed to provide plaintiff with a safe work environment.Defendant violated plaintiff's eighth amendment rights by ordering plaintiff to engage in an activity with reasonable likelihood of an injury or harm.

## FACTS

1.Plaintiff has a 5.9 T.A.B.E. score(Test of Adult Basic Education),Which means below a sixth grade education.(Exhibit A.)

2.CDCR Operations Manual Section 101010.5.3 mandates inmates below a sixth grade education level be enrolled in ABE(adult Basic Education.)(Exhibit B.)

3.On May 1,2015,a committe consisting of correctional counselor's Hobbs and Covarrubias approved plaintiff work in ISP support services,which contains the engineering department.(Exhibit C.)

4.On June 18,2015 plaintiff was assigned to position of

PRINTED ON RECYCLED PAPER

stationary engineer by inmate assignments headed by Lt. Mathis.(Exhibit D.)

5.CCR Title 15 Section 3040(a),"Every able bodied person committed to Dept. of Corrections and Rehabilitation is obligated to work as assigned by departmental staff and by personnel of other agencies to whom the inmates custody and supervision may be delegated.' (Exhibit E.)

6.Plaintiff began work as stationary engineer on June 19, 2015.(Exhibit F.)

7.CCR Title 15 Section 3041(a)(1),"Inmate work assignment training supervisors  in accordance with [section] 3040(a) shall fill vacant paid inmate assignments based on the following criteria:(1) skill level evidenced by the inmates techical expertise,ability,and knowledge."(Exhibit G.)

8.Plaintiff claims to have no ability,expertise,or training in engineering,mechanics,HVAC,or anything else closely related to work assignment or task plaintiff was instructed to perform on June 26,2015.

9.CDCR Operations Manual Section 31020.1,"The director hereby establishes a health and safety,accident prevention,and reporting system to prevent and correct safety and health hazards to its employees,inmates,and visitors.The department shall strive to provide a healthy environment and safe work conditions therefore:(a)safety considerations shall take precedence over convenience and expediency in the departments operations.(b)accident prevention and safety are basic management responsibilities(c)supervisors shall be evaluated on the effectiveness of their safety efforts(d)employees shall also be evaluated on their adherence to safety rules and practices."

(Exhibit H.)

10. Plaintiff was not provided with safety orientation training upon start of obligatory work assignment.

11. On June 26,2015 a week after plaintiff began work as a stationary engineer,plaintiff still had not recieved any safety training to speak of.

12. CDCR Operations Manual Section 31020.5.3,"All departmental supervisors are responsible and accountable for safety performance in their respective areas of reponsibility.""Conduct discussions of safety issues with employees or inmate/parolee workers under their supervision.The length and frequency of these safety meetings shall be commesurate with the hazards of the particular assignment. These meetings shall be properly documented as to time,date,content, names of participants,etc."(Exhibit I.)

13. On June 26,2015 plaintiff was instructed to perform the task of climbing to the roof of ISP central kitchen,remove a several hundred pount compressor from its housing,and place it atop a stack of plastic milk crates,with no task specific training,safety equipment,proper tools,or competent supervision.

14. CCR Title 15 Section 3041(c),"Inmates must perform their work and program assignments in a safe manner,using safety equipment,as instructed by their assignment supervisor."(Exhibit J.)

15. Plaintiff suffered a broken bone while in performance of his obligatory duties as stationary engineer at 7:20 a.m. on June 26,2015.(Exhibit k-1.)

16. CCR Title 15 Section 3315(a)(j),"Inmate misconduct reported on a CDCR form 115 will be classified serious if;refusal to work or participate in a program as ordered."(Exhibit M.)

PRINTED ON RECYCLED PAPER

1    **17.**The Eighth Amendment of the United States Constitution

2    protects against cruel and unusual punishment by guaranteeing the

3    basic human need of personal safety.

4    **18.**Administrative remedies via prison grievance/appeal system

5    have been exhausted.(Exhibit N.)

6    **19.**Administrative remedies via State of California Board of

7    Control Government Claims program have been exhausted.(Exhibit O.)

8    <u>RELIEF SOUGHT</u>

9    `DECLATORY-ISP admit wrongdoing for eighth amendment violations

10    for failure to adhere to CDCR policy,for failing to provide plain-

11    tiff with a safe work environment,safety training,safety equipment,

12    or competent supervision,for failure to classify/place plaintiff

13    in an appropriate work assignment,for willful disregard of plainti-

14    ffs personal safety,and for causing plaintiff a serious injury.

15    **INJUNCTIVE**-ISP provide plaintiff with appropriate medical care

16    at no cost to plaintiff.ISP provide all inmate workers with safe

17    work environments,training,equipment,tools, and competent super-

18    vision.ISP to refrain from using inmate workers to perform duties

19    outside their knowledge/abilities for convenience and expediency.

20    ISP staff to perform their duties in accor with CCR and US Const.

21    **COMPENSATORY** -$15,000 per defendant for neglect and deliberate

22    indifference resulting in serious injury to plaintiff,for loss of

23    use of plaintiff's hand for time it takes for a full recovery,for

24    ISP violating plaintiffs eighth amendment rights.

25    **PUNITIVE-** amages in the amount of $15,000.00 per defendant

26    for eighth amendment violations guarding against cruel and unusual

27    punishment,for failure to provide,safe work environments,safety

28    training,safety equipment,or competent supervision,for neglecting

PRINTED ON
RECYCLED PAPER

1  to adhere to CDCR policy,for not keeping work areas within OSHA gui-

2  delines,for neglect and deliberate indifference resulting in serious

3  injury to plaintiff while in CDCR care and custody.Reimbursement of

4  costs and fees associated with this court action.

5     Any other just relief deemed appropriate.

6  <u>**VERIFICATION**</u>

7     I <u>DAVID HATHAWAY</u>,declare under the penalties of perjury under

8  the laws of the state of California, that the foregoing is true and

9  correct to the best of my knowledge.

10 DATE: <u>10/13/2015</u>

11                                    David Hathaway #AV5283

12 1

# EXHIBIT

# "A"

Exhibit "A"




1384836

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:   MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: HATHAWAY

CDC NUMBER: AV5283

HOUSING: ISP A1-122

PATIENT SIGNATURE: *Daniel Hathaway*

DATE: 7/25/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I WENT TO RCMC EARLIER THIS MONTH. I WAS TOLD NOT TO WORK OR EXERCISE UNTIL I WENT BACK FOR A FOLLOWUP. MY CCI SAYS I HAVE NO WORK LIMITATIONS AND AM CLEAR FOR FULL DUTY. I WOULD LIKE THIS FIXED. ALSO, MY BROKEN FINGER STILL HURTS. THE ASPIRIN DOESN'T REALLY DO ANYTHING FOR THE PINS/NEEDLES FEELING OR THE BRUISE FEELING. THANK YOU.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: 7-26-15   08/10   Received by: **G. CORNELIO**

Date / Time Reviewed by RN: 7-26-15   08 44   Reviewed by: **Registered Nurse** **CCHCS/Ironwood State Prison** *Cornelio RN*

S: "I want to see the doctor so they can take me off full duty. Also the motrin isn't working for my pain my finger still hurts."

Pain Scale: 1 2 3 4 ⑤ 6 7 8 9 10

NKDA; MEDS: Motrin

O: T: 97.9   P: 63   R: 18   BP: 126/72   WEIGHT: 234

A&Ox4, calm & cooperative. PT requesting to see MD to be taken off full duty due to ® index finger injury. PT states pain is currently 5/10 constant dull throbbing pain.

A: Knowledge deficit

P: MD line

☐ See Nursing Encounter Form   Plan of care discussed c̄ pt, pt verbalizes understanding. D/C w̄ care & sentry

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | | |
|---|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | | |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | | |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | URGENT ☐ | ROUTINE ☑ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☑ Reached | (WITHIN 24 HOURS) | (WITHIN 14 CALENDAR DAYS) |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | | |
| 4. Comments: JAMES.9 | | | DATE OF APPOINTMENT: | |

COMPLETED BY: EPENEZ

NAME OF INSTITUTION: I.S.P

PRINT / STAMP: **Ezequiel** ~~Perez R.N.~~

SIGNATURE / TITLE: *Perez* RNURSE

DATE/TIME COMPLETED: 7-29-15 (07:45)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate



# EXHIBIT

# "B"

Exhibit "B"

Education due to the feasibility of conducting meetings in certain geographic locations.

**101010.4.6        Review of Vocational Education Programs**

The maintenance of a QC system for vocational education requires the periodic review of the goals, processes, and products of the vocational instruction.

The Superintendent, OCE, shall review each facility vocational program.

The vocational education review teams shall involve, but not be limited to, supervisors, teachers, and students. These teams may include representatives of the community, labor, and management.

Vocational education programs shall be reviewed on the basis of criteria such as:

- The degree to which objectives are met.
- Job opportunities at State and local levels.
- Curriculum materials development/revision.
- Adequacy of physical facilities and equipment.
- TAC participation.
- Administrative support.

Instructors may be evaluated by:

- Self.
- Peers.
- Persons external to the system.
- Supervisors.
- Students.

**101010.4.7        Policies Governing Apprenticeship Training**

Apprentice training programs shall be developed in vocational education, plant operations, PIA, and business services where appropriate. These shall be submitted to the Superintendent, OCE, for approval.

Standards required by the local joint apprenticeship training committee shall serve to guide facility staff in establishing and maintaining effective apprenticeship training programs. Indentured inmates enrolled in vocational training programs shall complete competency based curriculum as a prerequisite to the curriculum standards required for the apprenticeship training.

Joint apprenticeship training committees shall meet regularly to provide advice and guidance to apprenticeship program staff and students.

Inmate apprentices receiving OJT with plant operations, PIA, or business services shall receive related and supplemental instruction through facility education departments.

DAS approved curriculum shall be used in all apprenticeship programs established by the Department and local joint apprenticeship training committees.

An inmate apprentice may be considered for assignment to day labor projects after six months in an apprenticeship program and recommendation by the education staff. Apprentices shall be given first priority in the assignment of inmates to day labor projects if they meet custody and classification criteria.

Inmate apprentices shall not be removed from an apprentice-training program for other than custodial, medical, or legal reasons unless approved by the facility apprenticeship coordinator.

An inmate is to be retained at the facility and in the apprenticeship program from the time their name is submitted to the joint apprenticeship training committee for indenturing.

The facility apprenticeship coordinator shall write a chrono notifying the classification committee, inmate's counselor, inmate assignment office, and the inmate of their apprenticeship assignment. The chrono is placed in the inmate's C-File. If the inmate fails to become indentured, the facility's apprenticeship coordinator shall inform the same individuals or committees as above. All apprenticeship assignments shall be made by the facility apprenticeship coordinator.

Inmate apprentices shall not be transferred to another facility for other than security, medical, or legal reasons unless the apprenticeship training can be continued at the receiving facility.

- Such transfer shall require a complete assessment of the inmate's training needs.
- It must be determined to be in the best interest of the inmate and their status as an apprentice.

Incentives shall be provided to inmate apprentices for participation and work performance.

Inmate apprentices shall be tracked to ensure that a continuity of apprentice training is maintained and to better match apprentices to available work experience projects. The facility apprenticeship coordinator shall notify the appropriate union and other assisting agencies before the inmate's release.

The Superintendent, OCE, shall maintain a file on each indentured inmate apprentice.

**101010.5        Academic Education Policy**

All curriculums shall be competency based and structured to require interaction between basic skills and life skills. Academic education curricula include the teaching of skills and information which shall enable the student to:

- Demonstrate mastery of basic skills.
- Demonstrate knowledge of effective life skills.
- Qualify for vocational training.
- Achieve self-awareness.
- Understand the role and responsibility of a citizen in free society.

Each facility's academic program shall establish an academic advisory committee comprised of teachers and other staff, inmates, outside educators and individuals from the community for the purpose of reviewing the academic program and make recommendations to the CDCR Assembly Bill 3005 advisory committee.

**101010.5.1        Scope of Academic Education**

Academic education includes, but is not limited to, the following:

- ESL.
- Adult basic education (ABE).
- Adult high school.
- Equivalency programs.
- College classes (where feasible).
- Prerelease classes.
- Special programs.

**101010.5.2        English as a Second Language (ESL)**

Non- or limited English speaking students are to be enrolled in an ESL program to learn to read, write, and speak English. The educational goal is to enable students to be integrated into other educational or facility programs. Certificates of completion shall be awarded each inmate successfully completing the ESL program.

**101010.5.3        Adult Basic Education**

Students achieving below sixth grade level are to be enrolled in ABE. The curriculum shall include, but not be limited to, the following:

- Reading.
- Writing.
- Speaking.
- Listening.
- Spelling.
- Language.
- Arithmetic.
- Life skills.

Certificates of completion shall be awarded each inmate successfully attaining the following levels of achievement:

- ABE I (0 through 3.9 grade level).
- ABE II (4.0 through 6.9 grade level).
- ABE III (7.0 through 8.9 grade level).

**101010.5.4        Adult High School**

Students achieving at or above the 9.0 grade level shall be eligible for enrollment in adult high school.

ABE III students may enroll in a General Education Development (GED) preparation course. Upon passing the GED predictor test, the student may sign up to take the GED test or the California High School Proficiency Examination (CHSPE). The cost per student for the examinations and equivalency certificates are to be borne by the facility.

Upon successful completion of the GED or CHSPE examinations, a certificate of equivalency shall be awarded.

Graduation ceremonies shall be scheduled for eligible students.

Upon satisfactory completion of high school graduation requirements, a high school diploma shall be awarded.

# EXHIBIT

# "C"

CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

# CLASSIFICATION COMMITTEE CHRONO

| | |
|---|---|
| **Inmate Name:** Hathaway, David R. | **Date:** 05/01/2015 |
| **CDC#:** AV5283 | **Date of Birth:** 05/29/1981 |

| | |
|---|---|
| **Hearing Date:** 05/01/2015 | **Hearing Type:** Program |
| **Committee Type:** Institution Cls. Committee (UCC) | **Correctional Counselor:** W. Hobbs |

**STATIC CASE FACTORS**

**CRITICAL CASE FACTORS**

### CLINICIAN COMMENTS

### COMMITTEE ACTION SUMMARY
RELEASE FROM "COCF" STATUS AND P/O SS, VOC CARPENTRY AND PLUMBING W/L AND ALL REENTRY WAITING LIST NOTING THE INMATE HAS A GED NOTED IN HIS FILE.

### COMMITTEE COMMENTS
Inmate was endorsed to COCF VIA ISP COCF SNY HUB. However, due to criteria change (less than 40 points) he was subsequently deemed ineligible. He has been waiting for re-endorsement. Per direction from A/W S. Smith, he is eligible for placement on ISP SNY job/education waiting lists pending CSR endorsement and subsequent transfer. His non-confidential and confidential separation alerts were screened and are clear. In addition, he was interviewed on 4/30/15 and he stated he has no enemy concerns at ISP.
RELEASE FROM "COCF" STATUS AND P/O SS, VOC CARPENTRY AND PLUMBING W/L AND ALL REENTRY WAITING LIST NOTING THE INMATE HAS A GED NOTED IN HIS FILE.

**COMMITTEE MEMBERS**

| Staff Name | Chairman | Recorder | Title |
|---|---|---|---|
| J. Ayala | | | CCI |
| G. Amaya | | | CCI |
| Y. Covarrubias | | X | CCI |
| W. Hobbs | X | | FC(A) |

**RECORDER**

| | |
|---|---|
| Y. Covarrubias | |
| | 05/01/2015 |
| | Date |

**CHAIRPERSON**

W. Hobbs

# EXHIBIT

# "D"

Exhibit "D"

**INMATE ASSIGNMENT CARD**    EFFECTIVE DATE: 06/19/2015

CDC#: AV5283    NAME: Hathaway, David

FACILITY: ISP-A    HOUSING: A 001 1 - 122001U

LOCATION: 002 - A MAINT STATIONARY ENG 2/W

POSITION: MAM.002.001    A MAINT STATIONARY ENGINEER

| DAYS OF WEEK | START TIME | END TIME |
|---|---|---|
| Monday through Friday | 06:15 | 10:30 |
| Monday through Friday | 11:00 | 13:45 |

# EXHIBIT



**§ 3040.          Participation.**

(a)     Every able-bodied person committed to the custody of the Secretary of the Department of Corrections and Rehabilitation is obligated to work as assigned by department staff and by personnel of other agencies to whom the inmate's custody and supervision may be delegated. Assignment may be up to a full day of work, education, other programs, or a combination of work, education, or other programs.

(b)     Inmates assigned to a physical fitness program as part of a work incentive program shall be held to the same obligations/participation requirements governing other Career Technical Education programs, educational, work assignments, or other programs.

(c)     Except as provided in section **3040**(e), a classification committee shall assign each inmate to an appropriate work, education, vocation, therapeutic or other institution program, taking into account the:

   (1)     Inmate's expressed desires and needs.

   (2)     Inmate's eligibility for and availability of the desired work or program activity.

   (3)     Institution's security and operational needs.

   (4)     Safekeeping of the inmate.

   (5)     Safety of persons and the general public.

(d)     Despite an inmate's assignment to a program mutually agreed upon in a classification committee hearing, or pending such a hearing, or pending assignment to a designated program, or during any period when the designated program is temporarily suspended, or in the absence of the inmate's agreement to participate in any programs, any able-bodied inmate may be assigned to perform any work deemed necessary to maintain and operate the institution and its services in a clean, safe and efficient manner. Operational needs may always override a program assignment.

(e)     Inmates assigned to clerical duties and office work positions, requiring an extensive amount of staff/inmate interaction, such as clerks and teachers' aides, shall be rotated at regular intervals to other positions within the institution even though that may result in lower pay, or no pay at all, to the inmate being rotated out of the position. The institution head shall determine the rotation schedule based upon security needs of the institution. Assignments to such positions shall not exceed a two-year period. Routine rotation shall not affect the inmates' work/training group designation, although it may divest the inmate of a paid position.

(f)     Any staff request for removal of an inmate from a program shall be submitted to the inmate's correctional counselor on a CDC General Chrono Form. The counselor shall refer the request to a classification committee for consideration and action. If a request is for cause, defined as behavior that would result in loss of participation credit pursuant to section 3043.2(a), the inmate may be temporarily relieved of the position and denied pay (if a paid position), pending

California Code of Regulations                                                                                  1
© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

# EXHIBIT



**INMATE ASSIGNMENT CARD**   EFFECTIVE DATE:   06/19/2015

CDC#: AV5283          NAME:   Hathaway, David

FACILITY:   ISP-A        HOUSING: A  001 1 - 122001U

LOCATION: 002 - A MAINT STATIONARY ENG 2/W

POSITION:  MAM.002.001   A MAINT STATIONARY ENGINEER

| DAYS OF WEEK | START TIME | END TIME |
|---|---|---|
| Monday through Friday | 06:15 | 10:30 |
| Monday through Friday | 11:00 | 13:45 |



# "G"

### § 3041.1.    Paid Inmate Work/Training Assignment Criteria.

(a)    Inmate work/training supervisors, in accordance with section 3040(d), shall fill vacant paid inmate assignments based on the following criteria:

    (1)    Skill level evidenced by the inmate's technical expertise, ability, and knowledge.

    (2)    Behavior and relationships with others evidenced by the inmate's ability to deal with staff and other authority figures, work/training supervisors, and other inmates.

    (3)    Attitude and adaptability evidenced by the inmate's willingness to learn and to take directions.

    (4)    Work/training habits evidenced by the inmate's punctuality, dependability, care of equipment, and safety practices.

    (5)    Formal education and training evidenced by the inmate's preparation for the assignment and ability to read, write, and speak effectively.

    (6)    Mission and physical plant of the institution/facility.

    (7)    Ethnic balance. Ethnic balance is achieved by having the facility's White, Black, Hispanic, American Indian, and other identified ethnicities in the inmate population proportionately represented in the number of paid assignments at the facility.

(b)    Each institution/facility shall establish an application process for selection of skilled workers to fill paid positions.

(c)    Inmates assigned to paid positions will be paid from the fund or allotment of the institution's/facility's support budget.

(d)    All paid work/training assignments shall be ranked in sequential order of technical skill required. The United States Department of Labor Dictionary of Occupational Titles (DOT) shall be used to maintain consistency throughout the Department when determining skill levels.

Note: Authority cited: Section 5058, Penal Code. Reference: Section 5054, Penal Code.

#### History

1. New section filed 2-28-95; operative 3-30-95 (Register 95, No. 9).

2. Amendment filed 5-3-2004; operative 6-2-2004 (Register 2004, No. 19).

### § 3041.2.    Inmate Pay Rates, Schedule and Exceptions.

(a)    Pay rates at each facility for paid inmate assignments shall be commensurate with the level of skill and productivity required and shall be set with the assistance of the Institutional Inmate Pay Committee. Pay rates shall be in accord with the following general pay schedule adopted and

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

# EXHIBIT

# "H"

Operations Manual　　　　　DEPARTMENT OF CORRECTIONS AND REHABILITATION　　　　　Chapter 3

**Membership**

The Chief, CRO, OIA, is designated as the DAC chairperson.

The DAC shall consist of volunteers selected by the Chief, CRO, OIA, with input from the Hiring Authority and current DAC members. Every effort will be made to include persons with disabilities and ensure geographic and program representation.

**Meetings**

The DAC shall meet at least annually.

**Resources**

Members of the DAC shall be primarily involved with the duties and responsibilities of their specific assignments; local administrators shall make the necessary arrangements to allow members reasonable time to perform committee activities.

**31010.11    Revision**

The Deputy Director, OIA, or designee, shall ensure that the content of this Article is accurate and current.

**31010.12    References**

**Federal**

Title VII of the Civil Rights Act of 1964 (including amendments).

Family and Medical Leave Act.

Age Discrimination in Employment Act of 1967.

Americans with Disabilities Act of 1990.

Uniformed Services Employment and Reemployment Rights Act.

Title II of the Genetic Information Nondiscrimination Act of 2008.

**State**

California Fair Employment and Housing Act of 1959 (including amendments).

California Family Rights Act.

California Department of Corrections Code of Regulations (Title 15).

Government Code Sections 12920 - 12922; 12925 - 12928; 19230 – 19237; 19400 – 19406; 12940 – 12951; 12960 – 12976; 19700 – 19706; 19790 - 19799.

## ARTICLE 2 — HEALTH AND SAFETY PROGRAM

*Effective February 6, 1990*

**31020.1    Policy**

The Director hereby establishes a health, safety, accident prevention and reporting system to prevent and correct safety and health hazards to its employees, inmates and visitors.

The Department shall strive to provide a healthy environment and safe working conditions, therefore:

- All personnel and inmates of the Department are responsible for the safety of themselves and others.
- Safety considerations shall take precedence over convenience and expediency in the Department's operations.
- Accident prevention and safety are basic management responsibilities:
  - Supervisors shall be evaluated on the effectiveness of their safety efforts.
  - Employees shall also be evaluated on their adherence to safety rules and safe practices.
- Specific annual health sanitation and fire safety inspections shall be performed in accordance with applicable laws and with the assistance of the State Fire Marshal's Office or DHS' sanitation engineer. Follow-up inspections to audit for correction of identified deficiencies shall be performed.

**31020.2    Purpose**

This section specifies the requirements for establishment, reporting and control of the health and safety management program.

**31020.3    Objectives**

All systems shall meet or exceed the minimum safety and health standards of the General Industry Safety Orders (GISO), CCR (8); Manual of Standards for Adult Correctional Institutions (ACA); National Fire Protection Association (NFPA) Life Safety Codes; H&SC; and all other applicable federal, state, and local laws, ordinances, and codes regarding occupational safety, environmental health, and fire prevention and control.

Each division head shall maintain a place of employment free from recognized hazards that cause, or are likely to cause, injury/illness or death to employees, inmates and visitors.

All personnel shall be aware of, and have access to, the appropriate manuals and training required to perform assignments in a healthful and safe manner.

**31020.4    Definitions**

Unless otherwise specifically indicated, the terms used in this section are defined as follows:

**Accident**

Deviation from planned events which causes an undesirable end result or effect.

**Assigned Work or Employment of Inmates**

Work performed in any pay or non-pay position in a work program under the direction, and with the approval of a duly authorized supervisory lead person or departmental employee. It does not include skill centers, vocational training, or academic education programs (except for physical fitness training and forestry training which are a prerequisite to fire suppression duties and are authorized by LC 3365) or activities which are clearly not encompassed within the duties and responsibilities of the position to which assigned.

**Disabling Injury/ Illness**

An injury or illness resulting in either lost workdays beyond the day of injury, loss of consciousness, restriction of motion, termination of employment or transfer to another job.

**Employee**

Every person in the service of an employer under any appointment or contract of hire or apprenticeship, expressed or implied oral or written, whether lawfully or unlawfully employed.

**Employment**

The carrying on of any trade, enterprise, project, industry, business, occupation, or work including construction, in which any person is engaged or permitted to work for hire, except household domestic service.

**First Aid**

Any one-time and any follow-up visit for the purpose of observation of minor scratches, cuts, burns, splinters, etc., which do not ordinarily require medical care. Such one-time treatment and follow-up visit for the purpose of observation is considered first-aid even though provided by a physician or registered professional personnel.

- Procedures such as tetanus injections and diagnostic x-rays are not, in and of themselves, considered medical treatment. Where an injured person has received an x-ray but the x-ray indicates no fracture and the employee receives no further treatment (or prescriptions), the x-ray itself is not considered medical treatment.
- Employees who are treated by a private physician rather than an institution doctor shall have an Employer's Report of Occupational Injury or Illness, SCIF Form 3067, completed and submitted even if the treatment is only first-aid.

A term used to identify the number of disabling injuries/illnesses by a specified unit, department, or institution. It is calculated by multiplying the number of injuries, illnesses and deaths by 200,000 divided by the total number of hours worked by all employees in that unit during the calendar year.

**Health and Safety**

Freedom from danger to the life and well-being of staff, inmates and visitors as the nature of the employment and environment reasonably permits.

**Industrial Injury**

Any injury or disease which arises out of the assigned work which may be either specific or cumulative.

- A specific injury or illness is one that occurs as the result of one incident or exposure.
- A cumulative injury or illness occurs over a period of time.

**Inmate**

A person committed to the custody of the Department who:

- Is in a facility, camp, hospital, or institution of the Department for the purpose of confinement, treatment, employment, training, or discipline.
- Has been temporarily released from a facility under jurisdiction of the Department, with or without custody, for the performance of assigned work.
- Is not an escapee or parolee.

# EXHIBIT

# I

Exhibit "I"

- Minutes from the institution's monthly Safety Meeting.

**31020.5.2        Departmental Health and Safety Officer's Responsibility**

The Departmental Health and Safety Officer acts under the direction of the Chief, Personnel, Health and Safety, and shall:

- Provide overall coordination and implementation of the Department's safety and health programs, as follows:
    - Act as the chief consultant for all accident prevention loss control and employee safety matters in the Department and with other governmental entities.
    - Represent the Department in all interagency affairs dealing with health and safety matters.
    - Develop, implement, and monitor programs to reduce industrial injuries/illnesses and related compensation costs.
    - Develop, implement, and monitor programs to reduce industrial injuries/illnesses and related compensation costs.
    - Evaluate performance and set goals/guidelines regarding safety issues for the Department.
    - Develop progressive safety, environmental health and fire prevention programs.
- Provide resource information, including training when required or requested, using departmental resources, the Office of Insurance and Risk Management and the State Fire Marshal, for the following areas:

**Programs**

- Occupational safety and health standards.
- Fire safety/prevention programs.
- Workers' Compensation benefits/Enhanced Industrial Disability Leave (EIDL) and Industrial Disability Leave (IDL).
- Accident prevention programs and accident investigation.
- EAP.
- The Return-to-Work Program.
- Temporary duty assignments for medically restricted staff.
- Non-Industrial Disability Insurance benefits.
- The Safety Award Program.
- The Employee Post-Trauma Program.
- Control of hazardous, flammable, toxic and volatile substances.
- Environmental health.

**Enforcement**

- Assist with the enforcement of safety laws and departmental policies, if supervision fails to carry out its assigned obligations. This authority includes the ability to order work stopped when any activity or object in that work area represents a potential for serious injury or illness to employees or inmates.
- Report, in writing, to the appropriate management all accident prevention opportunities and safety deficiencies discovered with recommendations for appropriate corrective action.

**31020.5.3        Supervisor's Responsibility**

All departmental supervisors are responsible and accountable for safety performance in their respective areas of responsibility.

Supervisors shall be evaluated on the effectiveness of their safety efforts and shall:

- Instruct employees on the proper safety equipment and personal protective clothing to be used in their particular work assignment.
- Provide all employees updated health and safety training annually on all changes in laws, ordinances, departmental policies or procedures as related to their specific duty assignments.
    - Conduct discussions of safety issues with employees or inmate/parolee workers under their supervision. The length and frequency of these safety meetings shall be commensurate with the hazards of the particular assignment. These meetings shall be properly documented as to time, date, content, names of participants, etc.
    - Institution supervisors shall meet with employees a minimum of once a month.
    - Supervisors of construction-type assignments shall have weekly safety meetings of at least 10 minutes.

- Provide safety orientation to new employees prior to job assignment, particularly new employees who will be driving a vehicle on State business.

**Verifications**

- Confirm the validity of the employees' operator's license.
- Confirm the provision of defensive driving instruction at least every four years.
- Brief employees on employee protection plans.
- Evaluate and document on the employee's performance report, the employee's adherence to safety rules and practices.
- Ensure that appropriate disciplinary action is taken when an employee or inmate worker does not abide by the applicable safety regulations and practices.

**Inspections**

- Conduct thorough, comprehensive inspections:
    - Daily informal safety inspections of work area for any hazard which may pose potential injury or illness to employees or others.
    - Formal weekly safety inspections of all areas using hazard checklist for grounds and for buildings.

All areas shall be inspected weekly by a supervisor trained in fire and life safety precautions. Supervisors shall **not** inspect their own areas of operation but shall trade areas with another trained supervisor in order to provide unbiased inspections.

- Monthly/quarterly safety and sanitation inspections. Findings shall be documented with deficiencies noted.

Health and sanitation inspections shall be performed by a qualified departmental staff member trained in the application of jurisdictional codes and regulations.

- Enforce rules, laws, and procedures concerning health and safety.
    - Become familiar with departmental policies and operational procedures regarding the specific work area being supervised.
- Report, as quickly as possible, any unsafe or unhealthful condition.

**Documentation**

Take immediate action to correct deficiencies. If immediate correction is not possible, a statement shall be prepared indicating what is needed and a date of expected completion. Copies shall be forwarded to the next line supervisor, the safety coordinator, and other appropriate personnel who may be involved in the correction. The supervisor preparing the documentation report should maintain a copy for their records.

**Injury Report**

In case of work-related employee injury or illness, complete the Supervisor's Report of Injury or Illness (STD Form 620) within 24 hours.

If the employee believes the injury/illness was caused or aggravated by the employment, then the Employer's Report of Occupational Injury (SCIF Form 3067) shall also be completed.

- Ensure that each employee, inmate, or parolee is advised of the safety requirements of the job, including the duties to be performed, the procedures to be followed, and the hazards present in performing the job.
- Ensure that the proper equipment and all safety devices are correctly installed, operative, and properly used.

**31020.5.4        Employee's Responsibility**

All employees shall:

- Follow accident prevention rules and regulations, departmental policies, institutional procedures, ordinances and laws, as required by their job assignment with particular attention to the following:
    - Disturbance control.
    - Emergency preparedness and employee protection.
    - Control of hazardous, toxic, and volatile substances.
    - Fire prevention and suppression.
    - Safety operational procedures.
    - Inspections.
    - Injury reporting.
    - Firearms, chemical agents, ammunition, and related equipment.
- Observe all safety signs, posters, etc.

# EXHIBIT

# "J"

Exhibit "J"

No. 7).

16. Amendment of subsections (a)-(c), (d)-(f) and (i), new subsections (j)-(*l*)(5) and amendment of Note filed 5-3-2004; operative 6-2-2004 (Register 2004, No. 19).

17. Amendment of subsections (a), (c) and (e) filed 6-9-2006; operative 7-9-2006 (Register 2006, No. 23).

18. Amendment of subsections (a), (c), (d) and (g) filed 1-25-2010 as an emergency; operative 1-25-2010 (Register 2010, No. 5). Pursuant to Penal Code section 5058.3, a Certificate of Compliance must be transmitted to OAL by 7-6-2010 or emergency language will be repealed by operation of law on the following day.

19. Certificate of Compliance as to 1-25-2010 order transmitted to OAL 6-23-2010 and filed 8-4-2010 (Register 2010, No. 32).

20. Amendment of subsections (a), (b), (g), (h), (*l*)(2) and (*l*)(4) filed 10-29-2013 as an emergency; operative 10-29-2013 (Register 2013, No. 44). A Certificate of Compliance must be transmitted to OAL by 4-7-2014 or emergency language will be repealed by operation of law on the following day.

21. Certificate of Compliance as to 10-29-2013 order, including amendment of subsections (g) and (*l*)(4), transmitted to OAL 4-4-2014 and filed 5-14-2014; amendments effective 5-14-2014 pursuant to Government Code section 11343.4(b)(3) (Register 2014, No. 20).

## § 3041.        Performance.

(a)    Inmates must perform assigned tasks diligently and conscientiously. Inmates must not pretend illness, or otherwise evade attendance or avoid performance in assigned work, education and programs, or encourage others to do so.

(b)    Inmates must report to their place of assignment at the time designated by the institution's schedule of activities and as instructed by their assignment supervisor. Inmates may not leave an assignment without permission to do so.

   (1)    Time and payroll credits for paid inmate workers shall be documented on timekeeping logs maintained by work supervisors in accordance with section 3045.

   (2)    The duration of an unauthorized absence from a compensated assignment shall be documented and under no circumstances shall an inmate be paid under the authority of section 3041.2 for time not worked.

(c)    Inmates must perform their work and program assignments in a safe manner, using safety equipment as instructed by their assignment supervisor.

(d)    Inmates assigned to educational, Career Technical Education, Reentry Hub assignments, substance abuse treatment, or other training programs must cooperate with the instructor or the person in charge, and must comply with instructions, and all requirements for participation in the assigned activity.

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

# EXHIBIT



Exhibit "K"

Hathaway, David  AV5283                              ISP A 001 1 122001U

On June 26th 2015 , at approximately 0755 hours, inmate/patient, Hathaway, was examined by
RN Silva and Doctor Chakmakian in  TTA for injury.  A CDCR forms 7464 and 7230 were
completed, which reflected the injury or injuries which were discovered during examinations.
After examining the inmate, it was determined that he had suffered a serious injury or injuries as
defined in section 3000 of the California Code of Regulations, which states "serious injury or
means a serious impairment or physical condition, but not limited to the following:  loss of
consciousness, concussion, bone fracture, protracted loss or impairment of function of any body
member or organ, a wound requiring suturing and disfigurement."

PANKAJ KARAN
CP&S,ISP/CVSP

Facility Captain
Inmate
C-File
CCII / Program Services

        06/30/2015      Hathaway, David  AV5283              ISP



# EXHIBIT



 **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

Ironwood State Prison

| | | | |
|---|---|---|---|
| **Name:** | David Hathaway | **Patient ID:** | 11553610 |
| **DOB:** | 05/29/1981 | **Secondary ID:** | AV5283 |
| **Exam Name:** | XR FINGER LEFT-3 VWS \| 73140 | **Exam Date:** | 06/26/2015 08:22 AM |
| **Referring Physician:** | V. Chakmakian, MD | | |

CLINICAL INDICATION: smashed lt index finger at work today
COMPARISON: None
TECHNIQUE: 3 views

FINDINGS:

Comminuted nondisplaced fracture of the tuft of the right third distal phalanx.

Adjacent osseous structures unremarkable. No radiopaque foreign bodies.

IMPRESSION:

Comminuted nondisplaced fracture of the tuft of the left third distal phalanx

Report Electronically Signed by:  B Troup MD
Report Electronically Signed on:  06/26/2015 08:27 AM

**Addendum 1**
Addendum: The comminuted fracture involves the tuft of the second distal phalanx.

Electronically Signed by:  D Goller MD
Signed Date:  06/26/2015 09:13 AM



# EXHIBIT

# "M"

### § 3315.        Serious Rule Violations.

(a)     Inmate misconduct reported on a CDC Form 115 shall be classified serious if:

    (1)     It is a serious disciplinary offense not specified as administrative in section 3314(a)(3), an offense punishable as a misdemeanor, whether or not prosecution in undertaken, or is a felony, whether or not prosecution is undertaken.

    (2)     It involves any one or more of the following circumstances:

        (A)     Use of force or violence against another person.

        (B)     A breach of or hazard to facility security.

        (C)     A serious disruption of facility operations.

        (D)     The introduction, distribution, possession, or use of controlled substances, alcohol, or dangerous contraband.

        (E)     An attempt or threat to commit any act listed in (A) through (D), coupled with a present ability to carry out the threat or attempt if not prevented from doing so.

    (3)     Serious rule violations include but are not limited to:

        (A)     Misconduct reportable to the inmate's releasing authority.

        (B)     Theft, embezzlement, destruction, or damage to another's personal property, state funds, or state property.

        (C)     Hideout, preparation to escape, or possession of escape paraphernalia.

        (D)     Tattooing or possession of tattoo paraphernalia.

        (E)     Manufacture of alcohol or possession of any controlled substance, unauthorized drug, intoxicant, or illegal substance.

        (F)     Being under the influence or use of alcoholic beverages, controlled substances, unauthorized drugs or intoxicants in an institution, community correctional facility, or camp.

        (G)     Possession of five dollars or more without authorization.

        (H)     Acts of disobedience or disrespect which by reason of intensity or context create a potential for violence or mass disruptive conduct.

        (I)     Willfully inciting others to commit an act of force or violence.

        (J)     Refusal to perform work or participate in a program as ordered or assigned.

        (K)     Recurring failure to meet work or program expectations within the inmate's

California Code of Regulations                                                                                          1

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



# "N"

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*Monday, September 14, 2015*

*HATHAWAY, AV5283*
*A  001 2248001L*

CUSTODY/CLASS., UCC/ICC/DRB, 09/11/2015
Log Number: ISP-A-15-00989
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(4).  Time limits for submitting the appeal are exceeded even though you had the opportunity to submit within the prescribed time constraints.*

*Your Classification Committee Hearing occurred on May 1, 2015.*

W. McCullough III
Appeals Coordinator
Ironwood State Prison

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | ISP-A - | 1500989 | 2 |
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): HATHAWAY DAVID | CDC Number: AV5283 | Unit/Cell Number: A1 248ᴸ | Assignment: OSRT |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
APPEAL LOG #ISPA1500989 RE-SUBMITTAL

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A, etc.): MY EIGHTH
AMENDMENT CONSTITUTIONAL RIGHTS WERE VIOLATED SPECIFICALLY
BY ISP PRISON OFFICIALS (NEIL MCDOWELL, LT. MATHIS,
CCII HOBBS, CCI COVARUBIAS, JOHN DOE HEAD OF ENGINEER-

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): DECLATORY
RELIEF- ISP STAFF ADMIT WRONGDOING FOR EIGHTH AMENDMENT
VIOLATION, INJUNCTIVE RELIEF- ISP PROVIDE ALL INMATES
AND INMATE WORKERS WITH SAFE WORK ENVIROMENTS,

**Supporting Documents: Refer to CCR 3084.3.**
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
APPEAL LOG #ISPA1500989 W/ALL SUPPORTING DOCS-
ZZ FORMS (8/24/15, 8/30/15)

☐ No, I have not attached any supporting documents. Reason : _____

Inmate/Parolee Signature: _David Hathaway_    Date Submitted: 9/8/15

☐ By placing my initials in this box, I waive my right to receive an interview.

ISP
SEP 11 2015
APPEALS OFFICE

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____    Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

BYPASS

| AC Use Only |
|---|
| Date mailed/delivered to appellant _____ / _____ / _____ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | ISP-A- | 1566989 | 2 |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.        **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HATHAWAY   DAVID | AV5283 | A1-248 | OSRT |

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** ING ) FAILING TO
PROVIDE ME WITH THE BASIC HUMAN NEED FOR
PERSONAL SAFETY. AS A RESULT I SUFFERED A
SERIOUS INJURY.

ISP
SEP 11 2015
APPEALS OFFICE

Inmate/Parolee Signature: _David Hathaway_        Date Submitted:
9/8/15

**B.  Continuation of CDCR 602, Section B only (Action requested):** TRAINING, AND EQUIPMENT, COMPENSATORY
RELIEF $15,000.00 PER AFOREMENTIONED PRISON OFFICIAL FOR LOSS OF USE
OF A LIMB AND EIGHTH AMENDMENT VIOLATIONS. PUNITIVE- DAMAGES
IN THE AMOUNT OF $15,000.00 PER AFOREMENTIONED PRISON
OFFICIAL FOR VIOLATIONS RESULTING IN CRUEL AND UNUSUAL
PUNISHMENT.

Inmate/Parolee Signature: _David Hathaway_        Date Submitted: 9/8/15

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| HATHAWAY | DAVID | AV5283 | David Hathaway |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM 6 to 1 | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| ISP A1 248 | OSET | | APPEAL LOG # ISPA1500989 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

IN RE LOG # ISP-A-15-00989, I AM NOT APPEALING MULTIPLE ISSUES. I WAS HURT DUE TO AN IMPROPER COMMITTEE ACTION. THERE ARE NO MULTIPLE ISSUES. CAN YOU PLEASE EXPLAIN CLEARLY WHERE YOU'RE GETTING MULTIPLE ISSUES FROM? AFTER YOUR FIRST REJECTION, YOUR INSTRUCTIONS WOULD HAVE FORCED ME TO EXCEED TIME CONSTRAINTS. I SIMPLIFIED MY ISSUE DOWN PRECISELY. PLEASE EXPLAIN CLEARLY HOW I DIDN'T. HOW YOU EXPECT ME TO FILE, AND WHERE YOU THINK THERE ARE MULTIPLE ISSUES.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL. ADDRESSED TO: APPEALS COORDINATOR — DATE MAILED: 8 24 15

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|
| ISP APPEALS COORDINATOR | 8/24/15 | INST. MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. Fontano | 8-26-15 | M. Fontano | 8-27-15 |

Should you need assistance, please utilize Facility "A" Inmate Appeals Aide,
Inmate Mason, P53777 AFBA-219L.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

① INMATE APPEALS AIDE IS THERE TO HELP THOSE WHO CAN'T COMMUNICATE EFFECTIVELY AND NOT EXPLAIN YOUR POLICY VIOLATIONS ② THE ORIGINAL 602 APPEAL WAS ATTACHED WHEN I SENT THIS TO APPEALS BUT REMOVED AND "MISSING" NOW ③ YOU ARE VIOLATING MY DUE PROCESS BY STRIPPING ME OF MY RIGHT TO APPEAL ADMINISTRATIVELY. PLEASE RETURN MY DOCUMENTS AND ANSWER THE AFOREMENTIONED QUESTIONS.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| David Hathaway | 8/30/2015 |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

ISP

SEP 1 1 2015

APPEALS OFFICE

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, August 13, 2015*

*HATHAWAY, AV5283*
*A 001 2248001L*

CUSTODY/CLASS., Work Group, 08/13/2015
Log Number: ISP-A-15-00989
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected and subject to cancellation pursuant to the California Code of
Regulations, Title 15, Section (CCR) 3084.6(c)(3). You continue to submit a rejected appeal
while disregarding appeal staff's previous instructions to correct the appeal.*

W. McCullough III
Appeals Coordinator
Ironwood State Prison

**ISP**

SEP 1 1 2015

APPEALS OFFICE

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
  NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | ISP-A- | ~~ISP-A~~ 15-00989 | 2 |
| | | *FOR STAFF USE ONLY* | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**       **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): HATHAWAY DAVID | CDC Number: AV5283 | Unit/Cell Number: ISP A1245 | Assignment: A1A |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
INJURY - LOG # ISP-A-15-00989 - RESUBMITTAL

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A):
I SUFFERED A SERIOUS INJURY DUE TO ISP's NUMEROUS VIOLATIONS OF CDCR POLICY AND ISP VIOLATING MY 8TH AMENDMENT RIGHTS.

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): DECLATORY RELIEF - ISP ADMIT WRONGDOING FOR 8TH AMENDMENT VIOLATIONS, AND PUTTING ME IN HARMS WAY, FOR NOT PROVIDING SAFE WORK ENVIRONMENT, TRAINING, & SAFETY EQUIPMENT. INJUNCTIVE RELIEF -

**Supporting Documents:** Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CCR LOG # ISP-A-15-00989 w/ supp. docs.

☐ No, I have not attached any supporting documents. Reason _____

*REJECTED*

| Inmate/Parolee Signature: David Hathaway | Date Submitted: 8/13/15 |
|---|---|

☐ **By placing my initials in this box, I waive my right to receive an interview.**

ISP
AUG 13 2015
APPEALS OFFICE

ISP
SEP 11 2015
APPEALS OFFICE

---

**C. First Level - Staff Use Only**       Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
     Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____
First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
     Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
     See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____
Reviewer: _____ (Print Name) Title: _____ Signature: _____
Date received by AC: _____

| | AC Use Only Date mailed/delivered to appellant ___ / ___ / ___ |
|---|---|

*BYPASS*
*REJECTED*

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): HATHAWAY DAVID | CDC Number: AV5283 | Unit/Cell Number: ISP-A1-248 | Assignment: A1A |
|---|---|---|---|

**A.** Continuation of CDCR 602, Section A only (Explain your issue) :

_____

_____

_____

REJECTED

Inmate/Parolee Signature: David Hathaway    Date Submitted:
8/13/15

ISP
AUG 13 2015
APPEALS OFFICE

ISP
SEP 11 2015
APPEALS OFFICE

**B.** Continuation of CDCR 602, Section B only (Action requested): ISP PROVIDE MEDICAL CARE AT NO COST TO ME. PROVIDE ALL INMATE WORKERS WITH SAFE WORK ENVIROMENTS, TRAINING AND EQUIPMENT. ISP REFRAIN FROM FORCING INMATES TO ENGAGE IN DANGEROUS TASKS. COMPENSATORY RELIEF - $15,000.00 PER PRISON OFFICIAL ASSOCIATED WITH INJURY (5). COMPENSATION IS FOR LOSS OF USE OF MY HAND FOR TIME IT TAKES TO HEAL. PUNITIVE DAMAGES - $15,000.00 PER PRISON OFFICIAL (5) FOR 8TH AMENDMENT VIOLATIONS, NEGLECT, AND DELIBERATE INDIFFERENCE RESULTING IN A SERIOUS INJURY, FOR FAILING TO PROVIDE SAFETY TRAINING, EQUIPMENT, OR SAFE WORK ENVIROMENTS. REJECTED

Inmate/Parolee Signature: David Hathaway    Date Submitted: 8/13/15

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

Tuesday, July 21, 2015

HATHAWAY, AV5283
A 001 2248001L

CUSTODY/CLASS., Work Group, 07/10/2015
Log Number: ISP-A-15-00989

**ISP**
SEP 1 1 2015
APPEALS OFFICE

**ISP**
AUG 1 3 2015
APPEALS OFFICE

(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to
cancellation for failure to correct noted deficiencies.)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR)
3084.6(b)(8). Your appeal involves multiple issues that do not derive from a single event, or are not
directly related and cannot be reasonably addressed in a single response due to this fact. You may
resubmit the unrelated issues separately using separate appeals. Be advised that you are still subject to
the submission of one non-emergency appeal every 14 calendar days.*

*Your appeal contains multiple issues which include: classification, work incentive, medical, and
worker's compensation. Please separate your issues.*

*Also, you have already initiated proper processes for both your medical concerns and worker's
compensation claim, you are advised to continue to utilize those processes, as the appeals process is
not the proper venue for addressing these matters.*

*Additionally, although you have the right to file an appeal, monetary compensation is beyond the scope
of the Appeals process.*

*Lastly, if you want to file an appeal regarding placement into your job assignment(work incentive),
please rewrite your appeal and attach supporting documentation relevant to the issue.*

*Remember to submit your appeal within 30 days of this notice for further processing.*

NOTE: If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

W. McCullough III
Appeals Coordinator
Ironwood State Prison

ISP

AUG 1 3 2015

APPEALS OFFICE

ISP

SEP 1 1 2015

APPEALS OFFICE

NOTE: If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | FOR STAFF USE ONLY |
|---|---|
| | Institution/Parole Region:  ISP-A    Log #:  15-00989    Category:  Q |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, _only_ one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First):  HATHAWAY   DAVID | CDC Number:  AV5283 | Unit/Cell Number:  ISP-A 1-122 | Assignment:  A1A |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):     INJURY

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): I AM MANDATED TO WORK (TITLE 15 § 3040(a)) AND REFUSAL WILL LEAD TO ADVERSE ACTION (TITLE 15 § 3315 (3)). I WAS ASSIGNED TO A POSITION ALTHOUGH I DID NOT MEET ANY CRITERIA FOR IT AS PER TITLE 15 § 3041 (a)(1-5) ON 6/19/15, ON 6/26/15 I WAS

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): DECLATORY RELIEF - ISP STAFF ADMIT WRONGDOING FOR EIGHTH AMENDMENT VIOLATIONS, PUTTING ME IN HARMS WAY, AND FAILURE TO PROVIDE SAFE WORK ENVIROMENT, SAFETY TRAINING, OR SAFETY EQUIPMENT. INJUNCTIVE RELIEF - PROVIDE ME WITH MED-

Supporting Documents: Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
JOB DUCAT          WORKER COMP CLAIM FORM
CLASSIFICATION COMMITTEE CHRONO  CDCR 7393, CDCR REQUEST FOR INTERVIEW

☐ No, I have not attached any supporting documents. Reason : _____

REJECTED

Inmate/Parolee Signature:  David Hathaway          Date Submitted:  7/6/15

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached? ☑ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☑ Rejected (See attached letter for instruction) Date:  7-27-15  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
  Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____      Interview Location: _____
Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other _____
  See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____
Reviewer: _____ (Print Name)  Title: _____  Signature: _____
Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ____ / ____ / ____ |

ISP
JUL 10 2015
APPEALS OFFICE

ISP
AUG 13 2015
APPEALS OFFICE

ISP
SEP 11 2015
APPEALS OFFICE

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | ISP-A- | 15-00989 | 2 |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): HATHAWAY   DAVID | CDC Number: AV5283 | Unit/Cell Number: ISP-A1-122 | Assignment: A1A |
|---|---|---|---|

A. Continuation of CDCR 602, Section A only (Explain your issue): INSTRUCTED TO PERFORM A DAN-
GEROUS TASK (REMOVE A SEVERAL HUNDRED POUND MOTOR FROM ITS HOUSING AND
PLACE IT ATOP A STACK OF MILK CRATES), AND AS A RESULT I SUFFERED A SER-
IOUS INJURY. I WAS NOT PROVIDED WITH ANY SAFETY TRAINING SPECIFIC
TO MY POSITION OR TASK TO DATE, IN VIOLATION OF TITLE 15 §3041 (c).
ON THE DATE I WAS INSTRUCTED TO PERFORM A DANGEROUS TASK I WAS NOT
PROVIDED WITH ANY SAFETY TRAINING, SAFETY EQUIPMENT, OR PERSONAL
PROTECTIVE EQUIPMENT, ALSO IN VIOLATION OF TITLE 15 §3041 (c). ISP/
CDCR VIOLATED MY EIGHTH AMENDMENT CONSTITUTIONAL RIGHT TO BE
FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY DEPRIVING ME OF MY BASIC
HUMAN NEED OF PERSONAL SAFETY BY NEGLECTING TO PROVIDE ME WITH A
SAFE WORK ENVIRONMENT, SAFETY TRAINING, AND SAFETY EQUIPMENT.
CDCR/ISP VIOLATED MY EIGHTH AMENDMENT CONSTITUTIONAL RIGHT PRO-
TECTING ME FROM CRUEL AND UNUSUAL PUNISHMENT BY FORCING ME
TO ENGAGE IN DANGEROUS TASKS UNDER THE THREAT OF ADVERSE DISC-
IPLINARY ACTION FOR REFUSAL TO PARTICIPATE IN WORK/WORK
ASSIGNMENTS.

Inmate/Parolee Signature: David Hathaway     Date Submitted: 7/6/15

B. Continuation of CDCR 602, Section B only (Action requested): ICAL CARE AT NO COST TO ME. PROVIDE ME WITH ALL
DOCUMENTS PERTAINING TO MY INJURY AT NO COST TO ME. PROVIDE ALL INMATE WORKERS WITH SAFE
WORK ENVIRONMENTS, TRAINING, AND SAFETY EQUIPMENT. ISP REFRAIN FROM FORCING INMATES TO EN-
GAGE IN DANGEROUS TASKS TO SAVE MONEY. COMPENSATORY RELIEF-$15,000.00 PER COMMITTEE MEMBER
AND SUPERVISORY STAFF THAT ASSIGNED ME TO/STATIONARY ENGINEER AND ORDERED ME TO PERFORM A
DANGEROUS TASK THAT RESULTED IN AN ACUTE, SERIOUS, WORKPLACE INJURY; DUE TO ISP STAFF NEGLIGENCE
AND DELIBERATE INDIFFERENCE. COMPENSATION IS FOR LOSS OF USE OF MY HAND FOR THE TIME IT
TAKES FOR A FULL RECOVERY. PUNITIVE DAMAGES-$15,000.00 PER AFOREMENTIONED
ISP STAFF FOR EIGHTH AMENDMENT CONSTITUTIONAL VIOLATIONS, FOR NEGLECT AND DEL-
IBERATE INDIFFERENCE RESULTING IN A SERIOUS INJURY, FOR FAILURE TO PROVIDE SAFETY
TRAINING, EQUIPMENT, OR A SAFE WORK ENVIRONMENT.

Inmate/Parolee Signature: David Hathaway     Date Submitted: 7/6/15

| INMATE ASSIGNMENT CARD | | EFFECTIVE DATE: | 06/19/2015 |
|---|---|---|---|
| CDC#: AV5283 | NAME: Hathaway, David | | |
| FACILITY: ISP-A | HOUSING: A 001 1 - 122001U | | |
| LOCATION: 002 - A MAINT STATIONARY ENG 2/W | | | |
| POSITION: MAM.002.001 A MAINT STATIONARY ENGINEER | | | |
| DAYS OF WEEK | START TIME | END TIME | |
| Monday through Friday | 06:15 | 10:30 | |
| Monday through Friday | 11:00 | 13:45 | |

ISP
AUG 13 2015
APPEALS OFFICE

ISP
JUL 10 2015
APPEALS OFFICE

ISP
SEP 11 2015
APPEALS OFFICE

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

ISP
SEP 11 2015
APPEALS OFFICE

ISP
AUG 13 2019
APPEALS OFFICE

ISP
JUL 10 2015
APPEALS OFFICE

# CLASSIFICATION COMMITTEE CHRONO

| | |
|---|---|
| **Inmate Name:** Hathaway, David R. | **Date:** 05/01/2015 |
| **CDC#:** AV5283 | **Date of Birth:** 05/29/1981 |

| | |
|---|---|
| **Hearing Date:** 05/01/2015 | **Hearing Type:** Program |
| **Committee Type:** Institution Cls. Committee (UCC) | **Correctional Counselor:** W. Hobbs |

**STATIC CASE FACTORS**

**CRITICAL CASE FACTORS**

**CLINICIAN COMMENTS**

**COMMITTEE ACTION SUMMARY**

RELEASE FROM "COCF" STATUS AND P/O SS, VOC CARPENTRY AND PLUMBING W/L AND ALL REENTRY WAITING LIST NOTING THE INMATE HAS A GED NOTED IN HIS FILE.

**COMMITTEE COMMENTS**

Inmate was endorsed to COCF VIA ISP COCF SNY HUB. However, due to criteria change (less than 40 points) he was subsequently deemed ineligible. He has been waiting for re-endorsement. Per direction from A/W S. Smith, he is eligible for placement on ISP SNY job/education waiting lists pending CSR endorsement and subsequent transfer. His non-confidential and confidential separation alerts were screened and are clear. In addition, he was interviewed on 4/30/15 and he stated he has no enemy concerns at ISP.
RELEASE FROM "COCF" STATUS AND P/O SS, VOC CARPENTRY AND PLUMBING W/L AND ALL REENTRY WAITING LIST NOTING THE INMATE HAS A GED NOTED IN HIS FILE.

**COMMITTEE MEMBERS**

| Staff Name | Chairman | Recorder | Title |
|---|---|---|---|
| J. Ayala | | | CCI |
| G. Amaya | | | CCI |
| Y. Covarrubias | | X | CCI |
| W. Hobbs | X | | FC(A) |

**RECORDER**

| | |
|---|---|
| Y. Covarrubias  | 05/01/2015 |
| | Date |

**CHAIRPERSON**

W. Hobbs

AI-122U

AV5293



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

**Ironwood State Prison**
19005 Wileys Well Road
Blythe, CA 92225
Phone: 760-921-3000
Fax:

| PATIENT'S NAME: | Hathaway | David | Robert | Patient#: | 11553610 | DOB: | 05/29/1981 |
|---|---|---|---|---|---|---|---|
| | Last | First | Middle | | | | |

EXAM: XR FINGER LEFT-3 VWS

REFERRING M.D.: V. Chakmakian

DATE OF SERVICE: 06/26/2015 8:22 AM

ISP

AUG 13 2015

APPEALS OFFICE

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

YOUR TEST RESULTS HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:

_____ Your test results are essentially within normal limits or are unchanged and no other provider follow-up is required.

__✓__ You are being scheduled for a follow up appointment. You will be receiving a ducat indicating your appointment time.

_____ A repeat test will be ordered. You will be ducated for this test.

_____ A chronic care appointment has been schedule for you. You will be receiving a ducat indicating your appointment time.

Provider Name /Title (Print) _V. C Hamerkian_____

Signature _____ Date: _6-26-15_

ISP

SEP 11 2015

APPEALS OFFICE

ISP

JUL 10 2015

APPEALS OFFICE

State of California
Department of Industrial Relations
DIVISION OF WORKERS' COMPENSATION

*Estado de California
Departamento de Relaciones Industriales
DIVISIÓN DE COMPENSACIÓN AL TRABAJADOR*

WORKERS' COMPENSATION CLAIM FORM (DWC 1)

*PETICIÓN DEL EMPLEADO PARA DE COMPENSACIÓN DEL TRABAJADOR (DWC 1)*

**Employee:** Complete the "Employee" section and give the form to your employer. Keep a copy and mark it "Employee's Temporary Receipt" until you receive the signed and dated copy from your employer. You may call the Division of Workers' Compensation and hear recorded information at (800) 736-7401. An explanation of workers' compensation benefits is included as the cover sheet of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

*Empleado: Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia firmada y fechada de su empleador. Ud. puede llamar a la División de Compensación al Trabajador al (800) 736-7401 para oír información gravada. En la hoja cubierta de esta forma esta la explicación de los beneficios de compensación al trabajador.*

*Ud. también debería haber recibido de su empleador un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.*

**Employee—complete this section and see note above** *Empleado—complete esta sección y note la notación arriba.*

1. Name. *Nombre.* HATHAWAY DAVID   Today's Date. *Fecha de Hoy.* 6/26/15
2. Home Address. *Dirección Residencial.* 19005 Wiley Well Rd. A1-122U
3. City. *Ciudad.* Blythe   State. *Estado.* CA   Zip. *Código Postal.*
4. Date of Injury. *Fecha de la lesión (accidente).* 6/26/15   Time of Injury. *Hora en que ocurrió.* 0720 a.m. □ p.m.
5. Address and description of where injury happened. *Dirección/lugar dónde ocurrió el accidente.* ISP - FACILITY A VOC. AREA
6. Describe injury and part of body affected. *Describa la lesión y parte del cuerpo afectada.* SMASHED LEFT INDEX FINGER (TIP)
7. Social Security Number. *Número de Seguro Social del Empleado.* 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
8. Signature of employee. *Firma del empleado.* David Hathaway 6/29/15

**Employer—complete this section and see note below.** *Empleador—complete esta sección y note la notación abajo.*

9. Name of employer. *Nombre del empleador.* Ironwood State Prison
10. Address. *Dirección.* 19005 Wiley's Well Road Blythe, CA 92225
11. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesión o accidente.* 6/26/15
12. Date claim form was provided to employee. *Fecha en que se le entregó al empleado la petición.* 6/26/15
13. Date employer received claim form. *Fecha en que el empleador devolvió la petición al empleador.* 6/26/15
14. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañía de seguros o agencia administradora de seguros.* State Compensation Insurance Fund
15. Insurance Policy Number. *El número de la póliza de Seguro.* 444
16. Signature of employer representative. *Firma del representante del empleador.*
17. Title. *Título.* STATIONARY ENGINEER   18. Telephone. *Teléfono.* 760-921-3000 Ext. ‡

**Employer:** You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within <u>one working day</u> of receipt of the form from the employee.

*Empleador: Se requiere que Ud. feche esta forma y que provéa copias a su compañía de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado esta petición dentro del plazo de <u>un día hábil</u> desde el momento de haber sido recibida la forma del empleado.*

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

*EL FIRMAR ESTA FORMA NO SIGNIFICA ADMISION DE RESPONSABILIDAD*

☐ Employer copy/*Copia del Empleador*   ☐ Employee copy/ *Copia del Empleado*   ☐ Claims Administrator/*Administrador de Reclamos*   ☐ Temporary Receipt/*Recibo del Empleado*

e3301 (Rev. 9/10) - DWC Form 1 (Rev. 9/10)

ISP
SEP 11 2015
APPEALS OFFICE

ISP
AUG 13 2015
APPEALS OFFICE

ISP
JUL 10 2015
APPEALS OFFICE



# "O"

Exhibit "O"

# Government Claim Booklet

Includes Instructions and Claim Form



State of California
Board of Control
Government Claims Program

# State Law Changed:
# $25 Filing Fee Required for Government Claims

If you have any questions about the filing fee or about filing a government claim, please contact us.

Call: 1.800.955.0045

Write:

Government Claims
P.O. Box 3035
Sacramento, CA 95812

Or visit our web page at: www.governmentclaims.ca.gov

If you cannot afford the $25 filing fee, you may request a waiver of the fee.

You can call us or write to us and we will mail you a packet or you can download a Fee Waiver Request Packet at: www.governmentclaims.ca.gov

A $25 filing fee will be required for all government claims submitted to the Board. This new law is effective for all claims filed on or after August 17, 2004.

➤ You must attach a check or money order in the amount of $25, made out to the State of California to your claim form.

➤ If you cannot afford the $25 filing fee, you may request a waiver of the fee.

➤ If your claim is approved, the $25 fee will be returned to you.

Please read the information and instructions enclosed with this claim form. You can help us review your claim faster if you:

➤ Be sure your claim is against the State of California.
➤ Sign the claim form.
➤ Attach a check or money order for $25. If you already have a claim number, please write the claim number on the check.

Note: If your claim is against the California Department of Transportation (Caltrans) and the damages are $5,000 or less, file your claim directly with Caltrans. Contact your local Caltrans office or visit www.dot.ca.gov to locate a Caltrans office near you.

The Government Claims Program is division of the California Victim Compensation and Government Claims Board.

State of California
Board of Control

# GOVERNMENT CLAIM

SBOC-GC-0002 (Rev. 6/00)

Please read "Instructions for Filing a Claim"

If you are filing this claim beyond six months from the incident date, please see instructions for filing a late claim application on the opposite page.

G_____

## Section 1. Claimant Information

Name of Claimant

DAVID HATHAWAY

Telephone Number (include area code)

( )

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| ISP A1-122ᵁ PO BOX 2199 | BLYTHE | CA | 92226 |

## Section 2. Claim Information

Is the claim filed on behalf of a minor? ☐ Yes ☑ No. If yes, please indicate: Relationship to the minor_____ Date of birth of the minor_____

Name of State Agency against which this claim is filed

CALIFORNIA DEPT. OF CORRECTIONS / IRONWOOD STATE PRISON

Incident Date    Dollar Amount of Claim
Month 6 Day 26 Yr. 2015

If the amount exceeds $10,000, indicate type of civil case:

☐ Limited Civil Case   ☑ Non-Limited Civil Case

Explain how the dollar amount claimed was computed. (Attach three copies of the supporting documentation for the amount claimed with this form.)

SEE ATTACHED CLAIM FOR DAMAGES

Describe the specific damage or injury incurred as a result of the incident.

BROKEN BONE

SEE ATTACHED CLAIM FOR DAMAGES

Location of the incident (If applicable, include street address, city or county, highway number, post mile number and direction of travel.)

IRONWOOD STATE PRISON - FAC. A VOC AREA
19005 WILEY WELL ROAD
BLYTHE, CA 92226

Preferred Hearing Location (If an appearance is necessary):
☐ Sacramento   ☐ Los Angeles
☐ Oakland   ☑ San Diego

Explain the circumstances that led to the alleged damage or injury. State all facts that support your claim against the State of California, and why you believe the State is responsible for the alleged damage, or injury. If known, provide the name(s) of the State employee(s) who allegedly caused the injury, damage or loss. (If more space is needed, please attach additional sheets.)

BROKEN BONE CAUSED BY NUMEROUS VIOLATIONS OF COUNTY, STATE, FEDERAL, AND CDCR RULES, REGULATIONS, POLICY, AND LAW.

SEE ATTACHED CLAIM FOR DAMAGES

State of California
Board of Control

# GOVERNMENT CLAIM

SBOC-GC-0002 (Rev. 6/00) Reverse

Submit completed claim form and three copies to:
STATE BOARD OF CONTROL
GOVERNMENT CLAIMS BRANCH
P.O. Box 3035
Sacramento, CA 95812-3035

## Section 3: Insurance Information (must be completed if claim involves a motor vehicle)

Has the claim for the alleged damage/injury been filed or will it be filed with your insurance carrier?

☐ Yes   ☒ No

Policy Number: N/A

Telephone number (include area code): ( ) N/A

Mailing Address: N/A

City: N/A

State: N/A

Zip Code: N/A

Name of insurance carrier: N/A

Amount of Deductible: $ N/A

Are you the registered owner?
☐ Yes   ☐ No

Make: N/A    Model: N/A    Year: N/A

## Section 4: FOR STATE AGENCY USE ONLY (must be completed by the State agency presenting claim)

Name of State agency:

Budget Act Appropriation or Item Number and the appropriate Schedule if applicable:

Name of fund or account:

Name of agency budget officer or representative:

Title:

CALNET Number:

Signature of agency budget officer or representative:

Date:

## Section 5: Representative Information (must be completed if claim is being filed by an attorney or authorized representative)

Name of Attorney/Representative: SELF

Telephone Number (include area code): ( )

Mailing Address: HATTHAWAY #AV5283 ISP A1-122 BOX 2199

City: BLYTHE

State: CA

Zip: 92226

## Section 6: Notice and Signature

Section 72 of the Penal Code provides that "every person who, with intent to defraud, presents for allowance or for payment to any State Board or Officer, or to any county, town, city, district, ward, or village, board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account, voucher, or writing, is guilty of a felony."

Signature of Claimant: David Hattaway

Date: 8/13/2015

Signature of Attorney/Representative: _____

Date: _____

# GOVERNMENT TORT CLAIM FORM

## (PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED)

CLAIM AGAINST CDCR / IRONWOOD STATE PRISON (NAME OF PUBLIC ENTITY).

1. CLAIMANT'S NAME: DAVID HATHAWAY

2. CLAIMANT'S MAILING ADDRESS: ISP A1-122ᵁ PO BOX 2199
(ADDRESS)

BLYTHE            CA          92226
(CITY)           (STATE)      (ZIP CODE)

3. AMOUNT OF CLAIM: $ 150,000.00 +
IF THE AMOUNT CLAIMED EXCEEDS TEN THOUSAND DOLLARS ($10,000), THE AMOUNT OF THE CLAIM SHOULD BE UNSPECIFIED AND CLAIMANT SHOULD INDICATE THE APPROPRIATE COURT JURISDICTION.

☐ MUNICIPAL COURT    ☑ SUPERIOR COURT

4. ITEMIZATION OF CLAIM: (How was the amount claimed above computed; list items totaling amount set forth above, including damages for pain and suffering, if applicable). IF YOU HAVE SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED (BILLS, RECEIPTS, ETC.), PLEASE ATTACH THREE (3) COPIES TO THIS CLAIM.

ITEM                                    DOLLAR AMOUNT

SEE ATTACHED CLAIM FOR DAMAGES

(CONTINUE ITEMIZATION ON SEPARATE SHEET, IF NECESSARY)

5. ADDRESS TO WHICH NOTICES ARE
TO BE SENT IF DIFFERENT FROM
LINES 1 AND 2:
                            N/A
                          (NAME)

                    (STREET OR P.O. BOX NUMBER)

        (CITY)           (STATE)       (ZIP CODE)

6. DATE & TIME OF ACCIDENT OR LOSS: _06/26/2015 , 7:20 AM_

7. LOCATION OF ACCIDENT OR LOSS (INCLUDE CITY, COUNTY, AND STREET ADDRESS, INTERSECTION, ROAD NUMBERS OR MILE MARKER):

_IRONWOOD STATE PRISON, FACILITY A VOCATIONAL AREA_

_19005 WILEY'S WELL ROAD, BLYTHE CA 92226_

8. HOW DID THE ALLEGED ACCIDENT OR LOSS OCCUR? STATE ALL FACTS WHICH SUPPORT YOUR CLAIM AGAINST THE PUBLIC ENTITY:

_SEE ATTACHED CLAIM FOR DAMAGES_

(CONTINUE ON SEPARATE SHEET, IF NECESSARY)

9. DESCRIBE INJURY / DAMAGE / LOSS: _BROKEN FINGER_

(CONTINUE ON SEPARATE SHEET, IF NECESSARY)

10. NAME OF PUBLIC EMPLOYEE (S) CAUSING INJURY / DAMAGE / LOSS, IF KNOWN: _SEE ATTACHED CLAIM FOR DAMAGES_

11. SIGNATURE OF CLAIMANT OR ATTORNEY/REPRESENTATIVE:

X _David Hattaway_          DATED: _8/13/15_

12. DAYTIME TELEPHONE NUMBERS (PLEASE INCLUDE AREA CODE)

CLAIMANT                          ATTORNEY/REPRESENTATIVE
(   )                            (   )

NOTICE

SECTION 72 OF THE PENAL CODE PROVIDES:

"EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR ALLOWANCE OR FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, CITY, OR DISTRICT BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING," IS GUILTY OF EITHER A MISDEMEANOR OR FELONY AND MAY BE SUBJECT TO IMPRISONMENT AND/OR A FINE.

**AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM**
*(Request for Permission to Proceed In Forma Pauperis)*
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035
1-800-955-0045  www.governmentclaims.ca.gov

State of California

For Office Use Only
Claim No.:

---

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

### Claimant Information

| Last name | First name | MI | Tel: |
|---|---|---|---|
| HATHAWAY | DAVID | | |

Claim Number (if known):

### Employment Information

My occupation: INMATE

My employer: CDCR / IRONWOOD STATE PRISON

| Employer's Mailing Address | City | State | Zip |
|---|---|---|---|
| 19005 WILEY'S WELL ROAD | BLYTHE | CA | 92226 |

My spouse's or partner's employer: N/A

| Employer's Mailing Address | City | State | Zip |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step ⑫.

Inmate Identification Number: AV5283

### Financial Information

I am receiving financial assistance from one or more of the following programs.  ☐ Yes  ☑ No

If no, proceed to step ⑩. If yes, check all that apply, then skip to step ⑫.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs

☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act

☐ Food Stamps

☐ County Relief, General Relief (GR), or General Assistance (GA)

Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| A | 1 | $969.79 | F | 6 | $2,626.04 |
| B | 2 | $1,301.04 | G | 7 | $2,957.29 |
| C | 3 | $1,632.29 | H | 8 | $3,288.54 |
| D | 4 | $1,963.54 | I | There are more than 8 people in my family | |
| E | 5 | $2,294.79 | | Add $331.25 for each additional person. | |

Number: _____   Total Income: _____

If you checked a box in step ⑩ A through I, complete steps ⑪ through ⑬. Then skip to step ㉓.

My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.   ☐ Yes   ☐ No

If yes, fill in steps ⑪ through ㉔.

## Monthly Income and Expenses

| | | | | | | |
|---|---|---|---|---|---|---|
| **9** | My gross monthly pay is: | $ | | **10** | My income changes each month: | Yes    No |
| **11** | Number of persons living in my home: | | | | **12** | Other money I get each month |

| | Name | Age | Relationship | Monthly Income | | Source: | |
|---|---|---|---|---|---|---|---|
| **A** | | | | $ | **A** | | $ |
| **B** | | | | $ | **B** | | $ |
| **C** | | | | $ | **C** | | $ |
| **D** | | | | $ | **D** | | $ |
| **E** | | | | $ | **E** | | $ |
| **F** | | | | $ | **F** | | $ |

| | | | | | |
|---|---|---|---|---|---|
| **15** | My total gross monthly household income: | $ | **13** | Total other money: | $ |
| **16** | My payroll deductions are: | | | **14** | My monthly income: | $ |
| **A** | | $ | **E** | | $ |
| **B** | | $ | **F** | | $ |
| **C** | | $ | **G** | | $ |
| **D** | | $ | **H** | | $ |

| | | |
|---|---|---|
| **17** | My total payroll deduction amount is: | $ |

| | | | | | |
|---|---|---|---|---|---|
| **18** | My monthly take home pay is | $ | **19** | My net monthly income: | $ |

**20** I own or have interest in the following property:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **A** Cash | | $ | 0 | **C** Cars, other vehicles, and boats (List make and year) | | | | |
| **B** Checking and savings (List banks): | | | | | Property | Value | Loan Balance | |
| 1) | N/A | $ | 0 | 1) | N/A | $ 0 | $ 0 | |
| 2) | N/A | $ | 0 | 2) | N/A | $ 0 | $ 0 | |
| 3) | N/A | $ | 0 | 3) | N/A | $ 0 | $ 0 | |
| 4) | N/A | $ | 0 | **D** Real estate (List addresses) | | | | |
| | | | | 1) | N/A | $ 0 | $ 0 | |
| | | | | 2) | N/A | $ 0 | $ 0 | |

**21** My monthly expenses are:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **A** Rent or house payment | $ 0 | | **K** Installment payments (specify) | | | | | |
| **B** Food and household supplies | $ 0 | | 1) | N/A | | $ 0 | | |
| **C** Utilities and telephone | $ 0 | | 2) | N/A | | $ 0 | | |
| **D** Clothing | $ 0 | | 3) | N/A | | $ 0 | | |
| **E** Laundry and cleaning | $ 0 | | Total installment payments: | | | $ 0 | | |
| **F** Medical and dental | $ 0 | | **L** Wage assignment or withholdings | | | $ 0 | | |
| **G** Insurance | $ 0 | | **M** Spousal or child support | | | $ 0 | | |
| **H** School, child care | $ 0 | | **N** Other: | | | | | |
| **I** Transportation and auto expenses | $ 0 | | 1) | N/A | | $ 0 | | |
| | | | 2) | N/A | | $ 0 | | |
| | | | Total other expenses: | | | $ 0 | | |

| | | | |
|---|---|---|---|
| **22** | | Total monthly expenses: | $ 0 |

| | | |
|---|---|---|
| **23** | I have attached other information that supports this application on a separate sheet. | Yes    No |

## Signature Section

**24** I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct

Signature: David Hathaway                    Date: 8/13/15

Signature of Claimant

VCGCB-GC-0016 8/04

CLAIM FOR DAMAGES

This is a claim for damages and for relief against prison officials at Ironwood State Prison. This claim alleges plaintiff Hathaway's eighth amendment constitutional rights were violated and he suffered a serious injury as a direct result of prison officials' actions. Plaintiff was assigned an inappropriate work assignment, provided no safety training, no safety equipment, no proper tools, or competent supervision and was instructed to perform an unreasonable, dangerous task with norecourse for refusal. As a result plaintiff suffered a broken bone. Prison officials acted with neglect, deliberate indifference , and disregard of their own policies and personal safety of plaintiff.

PLAINTIFF- This claim alleges that the eighth amendment rights of David Hathaway # AV5283, a CDCR prisoner, who resides at Ironwood State Prison were violated by the actions herein and by the below named defendants. Plaintiff claims he suffered a serious injury due to the defendants actions, neglect, deliberate indifference, and unwillingness to perform their duties in accordance with CDCR policy.

DEFENDANT CCI COVARRUBIAS- At times mentioned herein in this claim was acting under the color oflaw as a representative of the state of California, the CDCR , as a correctional counselor at the Ironwood State Prison, and is being sued in his personal capacity for damages, and in his official capacity only for injunctive relief. This defendant was party to a committee action approving plaintiff for his work assignment of stationary engineer. Plaintiff met no criteria for that assignment. This defendant was neglectful in his duties as a correctional counselor by not researching and classifying plaintiff appropriately. Defendant demonstrated deliberate indifference by haphazardly approving plaintiff for virtually every work assignment available at ISP.

DEFENDANT CCII HOBBS- At times mentioned herein in this claim was acting under the color of law as a representative of the state of California, the CDCR, as

a correctional counselor at Ironwood State Prison, and is being sued in his personal capacity for damages and in his official capacity only for injunctive relief. This defendant was chairman of a committee placing plaintiff in his work assignment of stationary engineer. Plaintiff did not meet criteria for that assignment. This defendant was neglectful in his duties of correctional counselor, and committee chairman, by not researching and classifying plaintiff appropriately. Defendant demonstrated deliberate indifference by haphazardly approving plaintiff for any work assignment available at ISP. Defendant was neglectful in his duties as a correctional counselor and committee chairman by not rejecting inappropriate committee actions which would protect inmates from harm.

DEFENDANT LT. MATHIS-  At times mentioned herein in this claim was acting under the color of law as a representative of the state of California, the CDCR, as a correctional lieutenant at Ironwood State Prison, and is being sued in his personal capacity for damages and in his official capacity only for injunctive relief. This defendant neglected to perform his duties in accordance with CDCR regulations. Defendant failed to research plaintiff before assigning him to a work assignment. Defendant performed his duties with deliberate indifference by handpicking plaintiff for his work assignment as stationary engineer. Defendant showed willful disregard for CDCR policy and personal safety of plaintiff. Defendant violated plaintiff's right to be free from cruel and unusual punishment through his actions.

DEFENDANT JOHN DOE, ENGINEERING HEAD SUPERVISOR- At times mentioned herein in this claim was acting under the color of law as a representative of the state of California, the CDCR, as a supervisory staff member at ISP in the engineering department and is being sued in his personal capacity for damages and in his official capacity only for injunctive relief. This defendant failed to ensure safety training specific to the task plaintiff was ordered to perform on June 26, 2015 that caused plaintiff a serious injury. Defendant failed to provide safety orienta

1  tion training upon plaintiff;s assignment to the engineering department. Defendan-

2  t failed to ensure safety equipment was provided in general or specific to the task

3  that caused injury to plaintiff. Defendant ordered plaintiff to perform a danger-

4  ous, technical task outside the scope of practice of an inmate worker, more suit-

5  able to a HVAC professional. Defendant failed in his duties as a supervisor to

6  ensure OSHA guidelines were adhered to by his subordinates on all work areas.

7  Defendant faileed to provide plaintiff with a safe work enviromant. Defendant

8  violated plaintiff;s eighth amendment rights by ordering plaintiff to engage in an

9  activity with reasonable likelihood of an injury or harm.

10  DEFENDANT NEIL MCDOWELL, WARDEN IRONWOOD STATE PRISON- At times herein in this

11  claim was acting under the color of law as a representative of the state of Calif-

12  ornia, the CDCR, and is being sued in his personal capacity for damages and in his

13  oficial capacity only for injunctive relief. Defendant failed to ensure plaintiff

14  was free from cruel and unusual punishment as guaranteed by the United States

15  Constitution. Defendant failed to guard against reasonable risk to the personal

16  safety of plaintiff. Defendant failed to ensure his subordinates performed their

17  duties in accordance with CDCR policy. Defendant failed to ensure all work and vo-

18  cational areas are within OSHA guidelines. Defendant failed to ensure inmate work-

19  ers and plaintiff are provided with safety training, safety equipment, safe work

20  enviroments, and competent supervision. By neglecting to ensure his staff perform

21  their duties in acordance with all state and CDCR regulations defendant promotes

22  an atmosphere of disregard to personal safety.

23                              FACTS

24        On May 1, 2015 a committee consisting of correctional counselors Hobbs

25  and Covarrubias approved me to work in ISP support services, which contains the

26  engineering department.

27        On June 18, 2015 I was assigned to position of stationary engineer by Lt.

28  Mathis.

1    As per CDCR policy I am mandated to work. CDCR title 15 section 3040 (a)

2    states," Every able bodied person committed to the custody of the secretary of

3    the department of corrections and rehabilitation is obligated to work as assigned

4    by departmental staff and by personnel of other agencies to whom the inmates cus-

5    tody and supervision may be delegated."

6    I began working as a stationary engineer on June 19, 2015 although I did

7    not meet the criteria for that work assignment.

8    CDCR title 15 section 3041.1 (a)(1) states," Inmate work assignment tra-

9    ining supervisors in accordance with section 3040 (a) shall fill vacant paid in-

10   mate assignments based on the following criteria: (1) skill level evidenced by the

11   inmates technical expertise, ability, and knowledge."

12   I have no experience, ability, expertise, or training in engineering, me-

13   chanics, HVAC, or anything closely related to my work assignment or the task I was

14   instructed to perform on June 26, 2015.

15   I was not provided with safety orientation training when I began my obliga-

16   tory work assignment.

17   CDCR operations manual section 31020.1 clearly states," The director hereby

18   establishes a health and safety, accident prevention, and reporting system to pre-

19   vent and correct safety and health hazards to its employees, inmates, and visitors

20   . The department shall strive to provide a healthy enviroment and safe work cond-

21   itions therefore: (a) safety considerations shall take precedence over convenience

22   and expediency in the departments operations.(b) Accident prevention and safety are

23   basic management responsibilities. (c) Supervisors shall be evaluated on the eff-

24   ectiveness of their safety efforts. (d) Employees shall also be evaluated on their

25   adherence to safety rules and practices."

26   On June 26, 2015, a week after starting my job and still not receiving any

27   safety training, I was instructed to perform the task of climbing to the roof of ISP

28   central kitchen, remove a several hundred pound compressor from its housing, and

1 place it atop a stack of plastic milkcrates; with no task specific training, safety

2 equipment, proper tools, or competent supervision.

3     CDCR tile 15 section 3041 (c) states," Inmates must perform their work and

4 program assignments in a safe manner, usingsafety equipment, as instructed by their

5 asignment supervisor.

6     I suffered a broken bone while in performance of my duties as stationary

7 engineer at 7:20 AM on June 26, 2015.

8     CDCR title 15 section 3315 (a)(J) states," Inmate misconduct reported on a

9 CDC form 115 will be classified serious if: refusal to work or participate in a

10 program as ordered."

11     The Eighth Amendment to the United States Constitution protects against cruel

12 and unusual punishment by guaranteeing the basic human need of personal safety.

13                                RELIEF SOUGHT

14 DECLARATORY- ISP staff admit wrongdoing for Eighth Amendment violation, for not

15 adhering to CDCR policy, for failing to provide me with a safe work enviroment,

16 safety training, safety equipment, or competent supervision. ISP admit wrongdoing

17 ]for willful disregard of my personal safety and for causing me a serious injury.

18 INJUNCTIVE- ISP provide me with appropriate medical care at no cost to me. Pro-

19 vide all inmate workers with safe work enviroments, training, equipment, tools ,

20 and competent supervision. ISP to refrain from using inmate workers to perform

21 duties outside of their reasonable scope of practice. ISP staff to perform their

22 duties in accordance with CDCR policy.

23 COMPENSATORY- $15,000.00 per defendant for neglect and deliberate indifference re-

24 sulting in serious injury to the plaintiff, for loss of use of my hand for the ti-

25 me it takes for a full recovery, for ISP violating plaintiff's Eighth Amendment

26 rights.

27 PUNITIVE- Damages in the amount of $15,000.00 per defendant for Eighth Amendment

28 violations guarding against cruel and unusual punishment, for failure to provide

safe work enviroments, safety training, or competent supervision, for neglecting to adhere to CDCR policy, for not keeping work areas within OSHA guidelines, for negl-ect and deliberate indifference resulting in serious injury to plaintiff while in CDCR care and custody.

Reembursement of costs and fees connected with this action.

Any other just relief deemed appropriate.

    Administrative remedies have been submitted and are pending. Appeal will be denied for lack of authority of appeals staff to grant damages requested.

8/13/2015

        Date

David Hathaway # AV5283

# EXHIBITS

Hathaway, David  AV5283                          ISP A 001 1 122001U

On June 26th 2015 , at approximately 0755 hours, inmate/patient, Hathaway, was examined by
RN Silva and Doctor Chakmakian in  TTA for injury.  A CDCR forms 7464 and 7230 were
completed, which reflected the injury or injuries which were discovered during examinations.
After examining the inmate, it was determined that he had suffered a serious injury or injuries as
defined in section 3000 of the California Code of Regulations, which states "serious injury or
means a serious impairment or physical condition, but not limited to the following:  loss of
consciousness, concussion, bone fracture, protracted loss or impairment of function of any body
member or organ, a wound requiring suturing and disfigurement."



Facility Captain                                PANKAJ KARAN
Inmate                                          CP&S,ISP/CVSP
C-File
CCII / Program Services

          06/30/2015    Hathaway, David  AV5283          ISP

CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

# CLASSIFICATION COMMITTEE CHRONO

| | | | |
|---|---|---|---|
| **Inmate Name:** Hathaway; David R. | | **Date:** 05/01/2015 | |
| **CDC#:** AV5283 | | **Date of Birth:** 05/29/1981 | |

| | | | |
|---|---|---|---|
| **Hearing Date:** 05/01/2015 | | **Hearing Type:** Program | |
| **Committee Type:** Institution Cls. Committee (UCC) | | **Correctional Counselor:** W. Hobbs | |

**STATIC CASE FACTORS**

**CRITICAL CASE FACTORS**

**CLINICIAN COMMENTS**

**COMMITTEE ACTION SUMMARY**

RELEASE FROM "COCF" STATUS AND P/O SS, VOC CARPENTRY AND PLUMBING W/L AND ALL REENTRY WAITING LIST NOTING THE INMATE HAS A GED NOTED IN HIS FILE.

**COMMITTEE COMMENTS**

Inmate was endorsed to COCF VIA ISP COCF SNY HUB. However, due to criteria change (less than 40 points) he was subsequently deemed ineligible. He has been waiting for re-endorsement. Per direction from A/W S. Smith, he is eligible for placement on ISP SNY job/education waiting lists pending CSR endorsement and subsequent transfer. His non-confidential and confidential separation alerts were screened and are clear. In addition, he was interviewed on 4/30/15 and he stated he has no enemy concerns at ISP.
RELEASE FROM "COCF" STATUS AND P/O SS, VOC CARPENTRY AND PLUMBING W/L AND ALL REENTRY WAITING LIST NOTING THE INMATE HAS A GED NOTED IN HIS FILE.

**COMMITTEE MEMBERS**

| Staff Name | Chairman | Recorder | Title |
|---|---|---|---|
| J. Ayala | | | CCI |
| G. Amaya | | | CCI |
| Y. Covarrubias | | X | CCI |
| W. Hobbs | X | | FC(A) |

**RECORDER**

| | | |
|---|---|---|
| Y. Covarrubias | | 05/01/2015 |
| | | Date |

**CHAIRPERSON**

W. Hobbs

**INMATE ASSIGNMENT CARD**   EFFECTIVE DATE: 06/19/2015

CDC#: AV5283          NAME:  Hathaway, David

FACILITY:  ISP-A          HOUSING:  A  001 1 - 122001U

LOCATION:  002 - A MAINT STATIONARY ENG 2/W

POSITION:  MAM.002.001   A MAINT STATIONARY ENGINEER

| DAYS OF WEEK | START TIME | END TIME |
|---|---|---|
| Monday through Friday | 06:15 | 10:30 |
| Monday through Friday | 11:00 | 13:45 |

063^160

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME HATHAWAY | CDC NUMBER AV5283 | HOUSING A 1 22 |
|---|---|---|

PATIENT SIGNATURE  David Hathaway          DATE 6/26/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

SMASHED HAND AT WORK ON CENTRAL KITCHEN ROOF.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: 6/26/15 0755 | Reviewed by: M Silva RN |

S:    Pain Scale: 1  2  3  4  5  6  (7)  8  9  10

SEE TTA encounter

O: 96.9 98.1   P: 74   R: 18   BP: 132/86   WEIGHT: 232

A: SEE TTA Encounter Form

P:

☐ See Nursing Encounter Form

E: SEEN IN TTA by Dr. Chakmakian pt. RTC c splint on Right index finger. Due to Fx.

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE ☒ (WITHIN ~~14 CALENDAR DAYS~~) 5 |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY M. Silva RN | NAME OF INSTITUTION BSP |
| PRINT / STAMP NAME M. Silva RN | SIGNATURE / TITLE  M Silva RN | DATE/TIME COMPLETED 6/26/15 0920 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

**CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES**                      Ironwood State Prison

| | | | |
|---|---|---|---|
| **Name:** | David Hathaway | **Patient ID:** | 11553610 |
| **DOB:** | 05/29/1981 | **Secondary ID:** | AV5283 |
| **Exam Name:** | XR FINGER LEFT-3 VWS \| 73140 | **Exam Date:** | 06/26/2015 08:22 AM |
| **Referring Physician:** | V. Chakmakian, MD | | |

CLINICAL INDICATION: smashed lt index finger at work today
COMPARISON: None
TECHNIQUE: 3 views

FINDINGS:

Comminuted nondisplaced fracture of the tuft of the right third distal phalanx.

Adjacent osseous structures unremarkable. No radiopaque foreign bodies.

IMPRESSION:

Comminuted nondisplaced fracture of the tuft of the left third distal phalanx

Report Electronically Signed by:  B Troup MD
Report Electronically Signed on:  06/26/2015 08:27 AM

---

**Addendum 1**
Addendum: The comminuted fracture involves the tuft of the second distal phalanx.

Electronically Signed by:  D Goller MD
Signed Date:  06/26/2015 09:13 AM

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**TRIAGE & TREATMENT SERVICES FLOW SHEET**                    Date: 6/26/15  Time In: 0755  Time Out: 0830
CDCR 7464 (04/09)                    Category: ☐ Non-Urgent  ☐ Urgent  ☒ Emergent
                                     Allergies: NKA

| NOTIFICATION TO | TIME | BY | ARRIVAL TIME | DEPARTURE TIME | ✓ | PATIENT DISPOSITION | | ✓ | DISCHARGE CONDITION | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✓ TTA | 0745 | Jones LVN | 0800 | 0850 | ✓ | RTC | CORONER | ✓ | STABLE | |
| WATCH COMM | | na | | | | OHU ADMIT | COMMUNITY HSP | | UNSTABLE | |
| EMS | | na | | | | CTC ADMIT | via: | | CRITICAL | |
| ✓ PCP | 0800 | M.Sharon | 0800 | | | GACH ADMIT | STATE VEHICLE | | | |
| ✓ SUPERVISOR | 0800 | M Sharon | 0800 | | | MH REFERRAL | AMBULANCE CODE | | DECEASED | TIME |

CHIEF COMPLAINT: Lt index finger injury    INCIDENT TIME: 0730   INCIDENT LOCATION: D Yard   MODE OF ARRIVAL: MERV

| RESPIRATORY | SKIN | EENT | GU | TRAUMA |
|---|---|---|---|---|
| ✓ EQUAL | ✓ PINK/NORMAL | ✓ NO COMPLAINT | ✓ NO COMPLAINT | DENIES |
| ✓ CLEAR | WARM / DRY | EYE   R   L | URGENCY | MECHANISM OF INJURY |
| NORMAL | MOIST/DIAPHORETIC | EAR   R   L | FREQUENCY | GSW |
| RAPID | CYANOTIC | NOSE | RETENTION | SPORTS INJURY |
| DECREASED | JAUNDICED | THROAT | HEMATURIA | ✓ ON THE JOB INJURY |
| SHALLOW | ASHEN   PALE | PAIN   REDNESS | BLADDER INCONT | ALTERCATION |
| DEEP | FLUSHED | DRAINAGE | PAIN ON URINATION | FALL |
| LABORED | HOT | FOREIGN BODY | URETHRAL DISCHARGE | BURN |
| RETRACTION | MOTTLED | | FLANK PAIN ☐ R ☐ L | |
| NASAL FLARE | COOL   COLD | GI | | LAST TETANUS: |
| RHONCHI | RASH: | ✓ NO COMPLAINT | EMOTIONAL | OB/GYN |
| CRACKLES | CIRCULATION | NAUSEA   VOMITING | COOPERATIVE ☐ Y ☐ N | ✓ NOT APPLICABLE |
| HEMOPTYSIS | PULSE  R L  R  L | DIARRHEA   CONSTIPATION | ANXIOUS | NO COMPLAINT |
| COUGH | A  A  L  L | REBOUND   GUARDING | COMBATIVE | LMP |
| WHEEZING | | TENDERNESS | DELUSIONAL | VAGINAL DISCHARGE |
| | PRESENT ✓ | BOWEL INCONTINENCE | HALLUCINATIONS | VAGINAL BLEEDING |
| VISUAL ACUITY | QUALITY STRONG | BOWEL SOUNDS ☐ 1 ☐ 2 ☐ 3 ☐ 4 | SUICIDAL IDEATION | CRAMPING |
| OD   / | | ☐ HYPO ☐ HYPER ☐ NORMAL ☐ ABSENT | SUICIDE THREAT | FHT |
| OS   / | CAPILLARY REFILL: | MELENA   RECTAL BLEED | | PREGNANT |
| CORRECTED | ☒ BRISK ☐ DELAYED | HEMATEMESIS | | GR    P    AB |

| NEUROLOGICAL | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ ALERT  ✓ PERL | | TIME | 0802 | 0809 | | 3 | 4 | 5 | 6 | 7 | 8 | | |
| ✓ ORIENTED X 4 | EYE OPENING RESPONSE | SPONTANEOUS | ④ | ④ | 4 | 4 | 4 | | | | | | |
| LOC X   MIN | | TO VOICE | 3 | 3 | 3 | 3 | 3 | | | | | | |
| CONFUSED | | TO PAIN | 2 | 2 | 2 | 2 | 2 | | | | | | |
| DROWSY | | NONE | 1 | 1 | 1 | 1 | 1 | | | | | | |
| DECREASED LOC | VERBAL RESPONSE | ORIENTED | ⑤ | ⑤ | 5 | 5 | 5 | | | | | | |
| UNCONSCIOUS | | CONFUSED | 4 | 4 | 4 | 4 | 4 | | TIME | 0802 | 0809 | | |
| HEADACHE | | INAPPROPRIATE WORDS | 3 | 3 | 3 | 3 | 3 | | PUPIL | R | B | B | |
| DIZZINESS | | INCOMPREHENSIBLE | 2 | 2 | 2 | 2 | 2 | | RESPONSE | L | B | B | |
| ETOH ODOR | | NONE | 1 | 1 | 1 | 1 | 1 | | | | | | |
| GRIPS  R 5 L 5 | MOTOR RESPONSE | OBEYS COMMANDS | 6 | ⑥ | 6 | 6 | 6 | | PUPIL SIZE | R | 4 | 4 | |
| S=STRONG W=WEAK | | LOCALIZES PAIN | 5 | 5 | 5 | 5 | 5 | | | L | | | |
| POST-ICTAL | | WITHDRAWS FROM PAIN | 4 | 4 | 4 | 4 | 4 | | | | | | |
| | | ABNORMAL FLEXION | 3 | 3 | 3 | 3 | 3 | KEY: C = CLOSED | | | | | |
| | | ABNORMAL EXTENSION | 2 | 2 | 2 | 2 | 2 | B = BRISK | | | | | |
| | | NO MOTOR RESPONSE | 1 | 1 | 1 | 1 | 1 | F = FIXED | | | | | |
| | GCS SCORE | | 15 | 15 | | | | SL = SLUGGISH | | | | | |

AB= ABRASION   ED= EDEMA
AMP= AMPUTATION   F= FRACTURE
B= BURN      %   H= HEMATOMA
D= DEFORMITY   L= LACERATION
E= ECCHYMOSIS   P= PUNCTURE

| VITAL SIGNS | | | HT. 5 11 | WT. 232 | | | PARTICIPANTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORTHO VS | BP | P | | BP | P | | NAME | TITLE | INITIALS | NAME | TITLE | INITIALS |
| TIME | T | BP | P | R | P. OX % | PAIN | M. Sharon | RN | | | | |
| 0801 | 98.1 | 132/86 | 74 | 16 | 97% | 7/10 | | | | | | |
| 0809 | 97.9 | 128/76 | 74 | 16 | 99% | 6/10 | | | | | | |

NAME: LAST, FIRST  Hathaway, David     CDC# AU5283
DOB 5/29/81   AGE 34   TB CODE 22   INSTITUTION ISP   HOUSING D1-122

| 'DATE EACH ENTRY IN THIS COLUMN | **HAND ORTHO** | | ☐ **COPY TO PROVIDER RELATIONS** | | | |
|---|---|---|---|---|---|---|
| **Ht.** | **Wt.** | **B/P** | **P** | **R** | **T** | **PAIN (0-10)** 4/10 |

**REASON FOR VISIT:** R (L) Hand

6/24/15
X-ray (L) finger
comminuted fx
involves the tuft
of the 2nd S
distal phalanx

**ALLERGIES:** NKDA    **DOI:** 6/24/15    **DOS:** Ø

Pt was working on roof of kitchen, sustaining compression
motor and it fell on finger. was prescribed Motrin
otherwise no treatment rendered. Pain worsened with
movement. Unable to bend finger completely.
Endorses paresthesia in finger. states that swelling has
decreased since injury. Pain is 4/10 improved with
Motrin and not using finger.

O (+) TTP (L) 2nd distal phalanx. Decreased sensation on tuft of distal 2nd
digit. subungual hemorrhage in 2nd digit
● Decreased ROM

PE: (L) IF: subungual
hemo____ & upon ___/____
CR < 2sec, nail add'l/____
side,
FDS/FDP intact to IF. Swells
sensory ____ to light touch
x-ray: distal phalanx fx, no
____

A/P Repeat X-ray (L) hand, ALS

Dict # 925901

A: (L) IF tuft fx

**Follow-up** prn vs 4 wks
Return to Clinic in ___ wks ___ mo
With Dr. Caputo
☐ X-ray
☐ X-ray in plaster
☐ X-ray out of plaster
☐ MRI
☐ CT
☐ Ultrasound
Referral to
☐ PT/OT
☐ TAR
☐ Pre-op Clearance
☐ Labs
☐ Rx: _____
☐ None ☐ Given
☑ Current medication list has been reviewed. No changes have been made and no long-term (chronic) medications were prescribed.
☐ Medications have been reviewed and reconciled. See physician's orders for changes and/or additions in long-term (chronic) medications.
**Disability Yes / No Length:** _____ ALS ____ S.____

**Cast Care Instructions Given**
_____ Tech _____
☐ Not disabled
☐ Limited duty for ___ weeks
☐ Disabled for _____ weeks
☐ Permanent disabled
Reason _____

P. O. No ____ b. leach ___
② NSAID / Tylenol
for pain control
③ No heavy lifting/
working with the fing___
④ ROM exercises
⑤ RTC prn vs 4
in 6r.

| **Resident Signature** _____ | **Print Name** M. Jorge | **Date** 7/6/15 **Time** 0925 |

**Attending Physician's Note:** I have personally seen, evaluated and examined the patient with the resident in the clinic and I agree with the above findings, unless specified. Additionally, I would like to add the following:

L. Young, NPC
Nurse Practitioner - ISP    7/7/15

| **Attending Signature** | **Print Name** | HATHAWAY, DAVID ROBERT |
|---|---|---|

Riverside County Regional Medical Center
Moreno Valley, California
**HAND ORTHO CLINIC NOTES**

PT 70040258   MRN 1551870
07/06/15  OA  V03
M     DOB 05/29/1981

SCL-225                    Rev. 12/08

AV5283

STATE OF CALIFORNIA
**TRIAGE & TREATMENT SERVICES FLOW SHEET**
CDCR 7464 (04/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| MEDICATIONS GIVEN IN TTA | INITIALS | TIME | IV SOL | SITE | GAUGE | RATE | # ATTEMPTS | INITIALS | LAB/XRAY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | TOTAL AMOUNT IN: | | | | | | | |

**PMH:** NOT LISTED

**Active Meds:** No Active NEDS

**Medication compliant:** ( )yes ( )no (X)unknown

( )MD / POC in TTA ( )Telephone orders obtained

I/P discharged teaching: ( )printed documents given

(X)verbal education ( )7362 use/process ( )deferred

**Follow up with:** (X)PCP ( )yard RN ( )TTA ( )PRN

( )Telemedicine ( )per previous schedule by PCP

**Appointment:** 1-5 days ____ weeks ____ months

(X)Current housing placement reviewed and noted appropriate for inmate-patient's clinical condition.

**Mode of transfer:** (X)walked ( )crutches ( )cane

( )wheel chair

1.**Disability Code:** *TABE SCORE:* 5.9
( )TABE score ≤ 4.0　( )DPH　( )DPS　( )LD
( )DPV　( )DNH　( )DDP　( )DNS　( ) Not Applicable

2.**Accommodation:**
(X)Additional time　( )Basic　( )Louder　( )SLI
( ) Equipment　( )Transcribe　( )slower　( )other*

3.**Effective communication:**　Please check one:
(X)I/P asked questions　( )Not Reached *
(X)I/P summed information　(X)Reached

4.**Comments:**

**Report called to GACH & time:** Jones 0102

**Time assessment completed:** 0900

**RN name/signature:** M. Siber RN

---

**PATIENT PROGRESS (SOAPE)**

**Date/Time:** 5/10

0850 - Mercy Notified of a Pt. that had hurt his finger at work. Pt. NAD, Covering/guarding his left hand. Pt. States it was working and smashed my left index finger on a Compressor Motor. Left index finger swelled c̄ small amount of blood on finger nail. Pt. rates pain 7/10. MD notified and assessed Pt. in TTA orders recieved for x-ray and splinting of finger. X-ray completed and shows s/s of Avulsion of Fracture. Pt. given Motrin 600mg Per MD order. MD ordered 1-5 Day F/u. Pt. given teaching. regarding Left index finger fracture. Pt. encouraged to keep splint on per MD orders. Pt. verbalized under- standing of teaching. M. Siber RN
Pt. RTC.

1. Disability Code:　2. Accommodation:　3. Effective Communication:
☐ TABE score ≤ 4.0　☑ Additional time　☑ I/P asked questions
☐ DPH ☐ DPV ☐ LD　☐ Equipment ☐ SLI　☑ I/P summed information
☐ DPS ☐ DNH　☐ Louder ☐ Slower　Please check one:
☐ DNS ☐ DDP　☐ Basic ☐ Transcribe　☐ Not reached* ☑ Reached
　　　　☐ Other*　　　*See chrono/notes

4. Comments: TABE 5.9

---

| SUPERVISOR'S REVIEW | | | PATIENT INFORMATION. | |
|---|---|---|---|---|
| NAME | TITLE | DATE | NAME: LAST, FIRST | CDC# |
| [signature] | SRN | 6/27/15 | Hathaway, David | AU5283 |
| | | | DOB 5/28/81 | AGE 34 | INSTITUTION ISP | HOUSING A1-122 |

STATE OF CALIFORNIA
**PRIMARY CARE PROVIDER PROGRESS NOTE**
CDCR 7230-M (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

DATE: 6/26/15   TIME: 730   AGE: _____   UHR Present: ☐ Yes ☑ No   MAR Present: ☑ Yes ☐ No

| Temp: | Pulse: | BP: | RR: | Ht: | Wt: | BMI: |
|-------|--------|-----|-----|-----|-----|------|

**Chief Complaint:** Called from A-yd    Allergies: ☐ NKA    Signature/Title:

**SUBJECTIVE:** (R) index finger crushed/injured @ work y/day
- pain ful
- able to move
went to Byd - LVN only (no RN).
(no MD)
so sent to TTA

| | OBJECTIVE: | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | WNL* | ABN | STUDY RESULTS: |
|---|---|---|---|---|---|---|---|---|---|
| 1. | General | ☑ | ☐ | | 7. | Musculoskeletal | ☐ | ☐ | (R) index nail |
| 2. | HEENT/Neck | ☐ | ☐ | | 8. | Skin(ext) | ☐ | ☑ | w/ blood around |
| 3. | Cardio | ☐ | ☐ | | 9. | Neurological | ☐ | ☐ | + tender tip |
| 4. | Pulmonary | ☐ | ☐ | | 10. | Psychiatric | ☐ | ☐ | DIP/IT intact |
| 5. | Abdomen | ☐ | ☐ | | 11. | Rectal/Prostate | ☐ | ☐ | |
| 6. | Genito-Urinary | ☐ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | |

xray (+) Distal tip fx (R) index

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)
(R) index finger - Distal phalanx Avulsion fx
Splint/Bulky dressing
Rx motrin 600mg (Acute pain)

Had xray / splinted & returned to yard before tet. updated
so → tet. update on yard ohay today
Consider - PMD manage vs. Ortho/Referral

**PATIENT EDUCATION:** ☑ Patient able to verbalize understanding of A/P ☑ Meds ☐ Lab/Study Results ☐ Diet ☐ Exercise ☐ Wt. Mgmt. ☐ Smoking

Self Management Goal(s): next week on yard
Next Visit: _____ Days

Primary Care Provider (Print Name/Title): V-Chaumaktong MD
Primary Care Provider Signature: _____

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing
Hathaway, David
AN 5283

| DATE | TIME | [Triage and Treatment Area RN-Progress Notes] |
|---|---|---|
| | | Scheduled Specialty appointment via State Vehicle to: |

| | | Vital signs: B/P | P | R | T | 02 sat. | Pain level: 0 1 2 3 4 5 6 7 8 9 10 |
|---|---|---|---|---|---|---|---|
| | | Medication administered to Pt. prior to appointment? ( )no  ( )yes: | | | | | |

Pt. refused appointment? ( )yes  ( )no   ☐ CDCR 7225 completed   ☐ Pt. refused to sign refusal form

☐ Pt. had been fully informed of the risks and possible consequences involved in the refusal of the above appointment.

Time Pt. departed TTA:          Stable condition?( )yes  ( )no    RN on duty:

| DATE | TIME | Patient returned from: | Consults documents arrived with Pt.? (✓)yes  ( )no ( )to follow |
|---|---|---|---|
| 7/6/15 | 1305 | Hand Ortho RCRM | Specialist's recommendations reviewed upon arrival? (✓)yes ( )no |

POC notified? (✓)no  (·)n/a  ( )yes | Orders obtained? (✓)no  ( )yes  ( )Scanned/faxed to:

Consults documents copy sent to [INBOX]  ☐ UM-RN,  ☐ Spec. clinic LVN,  ☐ yard PCP via TTA-OT INBOX

☑ Specialist/s recommendation/s does not require urgent or immediate MD/POC notification.

[S]FTF interview: " Went okay, cannot use finger [O]Observation: Pt a: 0 X Y
calm, cooperative, respeven: unlabored, 0 S/S of
acute distress noted

Vital signs: B/P 129/85 | P 58 | R 14 | T 96.8 | 02 sat 98% | Pain level: 0 1 2 (3) 4 5 6 7 8 9 10

| Medication administered upon arrival in TTA? (✓)no ( )yes | Medication compliant? |
|---|---|
| [A]Nursing diagnosis; {NANDA approved only} | ( )yes  ( )no  (✓)n/a |
| ☐ Deficient knowledge | Allergies: |
| ☑ Impaired comfort R/t Hand injury | |
| ☐ Chronic pain | ☑ NKDA |
| ☐ Risk for activity intolerance | Height: 5'11" |
| ☐ Risk for infection | Current weight: 130 lbs |
| ☐ Impaired skin/tissue integrity | |

[P]Plan-yard PCP f/u: ( )1-3 days{urgent} ( )1-5 days{emergent} (✓)1-14 days{routine}  ( )as needed

[E]Education: plan of care re: (✓)f/u  (✓)activity  (✓)medication/s  (✓)treatments (✓)362 process

| 1.Disability Code: 5.9 | 2.Accommodation: | 3.Effective Communication: |
|---|---|---|
| ☐TABE Score ≤ 4.0 [ | ☑ Additional time ☐ SLI ☑ Basic | ☑ Pt. asked questions   *see chrono/notes |
| ☐DPH ☐DPV ☐LD ☐DNS | ☐ Louder ☐ Slower ☐ Other | ☑ Pt. summed information |
| ☐DPS ☐DNH ☐DDP N/A | ☐Transcribe ☐ Equipment | Please check one:☐ not reached * ☑ reached |
| 4.Comments: | | ☑No cognitive deficits observed |

Disposition: (✓)RTY ( )OHU | Mode: (✓)ambulated ( )w/ cane  ( )w/ crutches ( )w/ FWW ( )wheelchair

☑ Current housing reviewed and noted appropriate for this patient's current clinical condition/s.

Time patient departed TTA: 1315       Condition stable? (✓)yes ( )no

Additional comments: No New orders, Routine 1-14 PCP F/U

RN on duty/name/signature: S. Onteyu RN

| INSTITUTION ( ISP) | Housing  A1-122 u |
|---|---|

**INTERDISCIPLINARY PROGRESS NOTES**

California Correctional Health Care Services
CDC 7230 (Rev 04/30)
State of California                    Department of Corrections

CDC NUMBER, NAME, (LAST, FIRST, MI) AND DATE OF BIRTH

HATHAWAY, DAVID
AVS283

5-29-1981

STATE OF CALIFORNIA
**PRIMARY CARE PROVIDER PROGRESS NOTE**
CDCR 7230-M (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

DATE: 07/13/15  TIME: 0740  AGE: 34  UHR Present: ☐ Yes ☒ No  MAR Present: ☐ Yes ☒ No

| Temp: 98° | Pulse: 61 | BP: 117/78 | RR: 16 c 97% | Ht: 5'11" | Wt: 232 | BMI: |
|---|---|---|---|---|---|---|

Chief Complaint: _____  Allergies: ☐ NKA  Signature/Title: M. PAYUMO, LVN
IRONWOOD STATE PRISON

SUBJECTIVE: _____

| | OBJECTIVE: | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | WNL* | ABN | STUDY RESULTS: |
|---|---|---|---|---|---|---|---|---|
| 1. | General | ☐ | ☐ | | 7. | Musculoskeletal | ☐ | ☐ | |
| 2. | HEENT/Neck | ☐ | ☐ | | 8. | Skin/Ext. | ☐ | ☐ | |
| 3. | Cardio | ☐ | ☐ | | 9. | Neurological | ☐ | ☐ | |
| 4. | Pulmonary | ☐ | ☐ | | 10. | Psychiatric | ☐ | ☐ | |
| 5. | Abdomen | ☐ | ☐ | | 11. | Rectal/Prostate | ☐ | ☐ | |
| 6. | Genito-Urinary | ☐ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | |

ASSESSMENT/PLAN: For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

PATIENT EDUCATION: ☒ Patient able to verbalize understanding of A/P ☐ Meds ☐ Lab/Study Results ☐ Diet ☐ Exercise ☐ Wt. Mgmt. ☐ Smoking

Self Management Goal(s): _____

Next Visit: _____

Primary Care Provider Print Name/Title: A. Tolentino, MD ISP/DCHCS

Primary Care Provider Signature: _____

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

AV5283
Hathaway, David
5/29/81

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| | ☐ Other* | *See chrono/notes |
| 4. Comments: 5.9 | | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Hathaway, David | | CDC NUMBER AV5283 | | INSTITUTION Ironwood State Prison |
|---|---|---|---|---|
| DATE OF BIRTH 5/29/81 | EPRD DATE | | GENDER Male | |

PRINCIPLE DIAGNOSIS
Left middle finger fx

REQUESTED SERVICE(S)
Evaluation/treatment

| ICD-9 CODE | CPT CODE(S) |
|---|---|
| | # OF DAYS RECOMMENDED |

*Please check all that apply :*  [X] Diagnostic Procedure/Consultation   [X] Outpatient/Inpatient   [X] Initial/Follow-up

Requested Treatment/Service is:  ☐ EMERGENT   [X] URGENT   ☐ ROUTINE

*For the purpose of retrospective review,* if emergent or urgent, please justify:

Proposed Provider:  Orthopedics          Anticipated Length of Stay:

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer:)

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):*     New fracture of distal phalanx of middle finger

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME Nathan Williams, MD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE Digitally Signed by: Nathan Williams, MD | DATE Jun 30, 2015 | UTILIZATION MANAGEMENT TRACKING # |
| DATE OF CONSULATION | PRINTED NAME OF CONSULTANT | |

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

Attach Progress Note page for additional information.
## THIS FORM MUST BE RETURNED WITH THE PATIENT!!!
DISTRIBUTION:

| ORIGINAL | - FILE IN UHR |
|---|---|
| GREEN | - TO UHR PENDING ORIGINAL |
| CANARY | - CONSULTANT |
| PINK | - UM |
| GOLD | - SPECIALTY SCHEDULER |

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (ELECTRONIC 9/11)

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, _only_ one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): HATHAWAY DAVID | CDC Number: AV5283 | Unit/Cell Number: ISP A1248 ᴸ | Assignment: A1A |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

INJURY - LOG# ISP-A-15-00989-RESUBMITTAL

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A):
I SUFFERED A SERIOUS INJURY DUE TO ISP's
NUMEROUS VIOLATIONS OF CDCR POLICY AND ISP
VIOLATING MY 8ᵀᴴ AMENDMENT RIGHTS.

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): DECLATORY RELIEF -
ISP ADMIT WRONGDOING FOR 8ᵀᴴ AMENDMENT VIOLATIONS, AND
PUTTING ME IN HARMS WAY, FOR NOT PROVIDING SAFE WORK EN-
VIROMENT, TRAINING, OR SAFETY EQUIPMENT. INJUNCTIVE RELIEF -

Supporting Documents: Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

602 LOG# ISP-A-15-00989 w/ supp. docs.

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: _David Hathaway_    Date Submitted: 8/13/15
☐ **By placing my initials in this box, I waive my right to receive an interview.**

---

**C. First Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

| | AC Use Only<br>Date mailed/delivered to appellant ___/___/___ |
|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | **FOR STAFF USE ONLY** | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.       **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): HATHAWAY DAVID | CDC Number: AV5283 | Unit/Cell Number: ISP-A1-2U8 | Assignment: AIA |
|---|---|---|---|

**A.  Continuation of CDCR 602, Section A only (Explain your issue) :**

Inmate/Parolee Signature: _David Hathaway_     Date Submitted: 8/13/15

**B.  Continuation of CDCR 602, Section B only (Action requested):** ISP PROVIDE MEDICAL CARE AT NO COST TO ME. PROVIDE ALL INMATE WORKERS WITH SAFE WORK ENVIROMENTS, TRAINING, AND EQUIPMENT. ISP REFRAIN FROM FORCING INMATES TO ENGAGE IN DANGEROUS TASKS. COMPENSATORY RELIEF- $15,000.00 PER PRISON OFFICIAL ASSOCIATED WITH INJURY (S). COMPENSATION IS FOR LOSS OF USE OF MY HAND FOR TIME IT TAKES TO HEAL. PUNITIVE DAMAGES -$15,000.00 PER PRISON OFFICIAL (S) FOR 8TH AMENDMENT VIOLATIONS, NEGLECT, AND DELIBERATE INDIFFERENCE RESULTING IN A SERIOUS INJURY, FOR FAILING TO PROVIDE SAFETY TRAINING, EQUIPMENT, OR SAFE WORK ENVIROMENTS.

Inmate/Parolee Signature: _David Hathaway_     Date Submitted: 8/13/15

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Tuesday, July 21, 2015*

*HATHAWAY, AV5283*
*A 001 2248001L*

CUSTODY/CLASS., Work Group, 07/10/2015
Log Number: ISP-A-15-00989
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(8). Your appeal involves multiple issues that do not derive from a single event, or are not directly related and cannot be reasonably addressed in a single response due to this fact. You may resubmit the unrelated issues separately using separate appeals. Be advised that you are still subject to the submission of one non-emergency appeal every 14 calendar days.*

*Your appeal contains multiple issues which include: classification, work incentive, medical, and worker's compensation. Please separate your issues.*

*Also, you have already initiated proper processes for both your medical concerns and worker's compensation claim, you are advised to conitinue to utilize those processes, as the appeals process is not the proper venue for addressing these matters.*

*Additionally, although you have the right to file an appeal, monetary compensation is beyond the scope of the Appeals process.*

*Lastly, if you want to file an appeal regarding placement into your job assignment(work incentive), please rewrite your appeal and attach supporting documentation relevant to the issue.*

*Remember to submit your appeal within 30 days of this notice for further processing.*

NOTE: If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

W. McCullough III
Appeals Coordinator
Ironwood State Prison

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | ISP-A | 15-00989 | Q |
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, *only* one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): HATHAWAY DAVID | CDC Number: AV5283 | Unit/Cell Number: ISP-A 1-122 | Assignment: A1A |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

INJURY

ISP
JUL 10 2015
APPEALS OFFICE

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I AM MANDATED TO WORK (TITLE 15 § 3040(a)) AND REFUSAL WILL LEAD TO ADVERSE ACTION (TITLE 15 § 3315 (J)). I WAS ASSIGNED TO A POSITION ALTHOUGH I DID NOT MEET ANY CRITERIA FOR IT AS PER TITLE 15 § 3041 (a) (1-5) ON 6/19/15. ON 6/26/15 I WAS

B. Action requested (If you need more space, use Section B of the CDCR 602-A): DECLATORY RELIEF - ISP STAFF ADMIT WRONGDOING FOR EIGHTH AMENDMENT VIOLATIONS, PUTTING ME IN HARMS WAY, AND FAILURE TO PROVIDE SAFE WORK ENVIROMENT, SAFETY TRAINING, OR SAFETY EQUIPMENT. INJUNCTIVE RELIEF - PROVIDE ME WITH MED-

Supporting Documents: Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

JOB DUCAT                          WORKER COMP CLAIM FORM
CLASSIFICATION COMMITTEE CHRONO   CDCR 7393, CDCR REQUEST
                                   FOR INTERVIEW

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: David Hathaway    Date Submitted: 7/6/15

[ ]  **By placing my initials in this box, I waive my right to receive an interview.**

---

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☑ Rejected (See attached letter for instruction) Date: 7-27-15  Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
        (Print Name)
Reviewer: _____ Title: _____ Signature: _____
        (Print Name)
Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____/____/____ |

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | ISP-A | 15-00989 | 2 |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HATHAWAY   DAVID | AV5283 | ISP-A1-122 | A1A |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** INSTRUCTED TO PERFORM A DANGEROUS TASK (REMOVE A SEVERAL HUNDRED POUND MOTOR FROM ITS HOUSING AND PLACE IT ATOP A STACK OF MILK CRATES), AND AS A RESULT I SUFFERED A SERIOUS INJURY. I WAS NOT PROVIDED WITH ANY SAFETY TRAINING SPECIFIC TO MY POSITION OR TASK TO DATE, IN VIOLATION OF TITLE 15 §3041 (c). ON THE DATE I WAS INSTRUCTED TO PERFORM A DANGEROUS TASK I WAS NOT PROVIDED WITH ANY SAFETY TRAINING, SAFETY EQUIPMENT, OR PERSONAL PROTECTIVE EQUIPMENT, ALSO IN VIOLATION OF TITLE 15 §3041 (c). ISP/ CDCR VIOLATED MY EIGHTH AMENDMENT CONSTITUTIONAL RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY DEPRIVING ME OF MY BASIC HUMAN NEED OF PERSONAL SAFETY BY NEGLECTING TO PROVIDE ME WITH A SAFE WORK ENVIROMENT, SAFETY TRAINING, AND SAFETY EQUIPMENT. CDCR/ISP VIOLATED MY EIGHTH AMENDMENT CONSTITUTIONA RIGHT PROTECTING ME FROM CRUEL AND UNUSUAL PUNISHMENT BY FORCING ME TO ENGAGE IN DANGEROUS TASKS UNDER THE THREAT OF ADVERSE DISCIPLINARY ACTION FOR REFUSAL TO PARTICIPATE IN WORK/WORK ASSIGNMENTS.

Inmate/Parolee Signature: _David Hathaway_   Date Submitted: 7/6/15

**B. Continuation of CDCR 602, Section B only (Action requested):** ICAL CARE AT NO COST TO ME. PROVIDE ME WITH ALL DOCUMENTS PERTAINING TO MY INJURY AT NO COST TO ME. PROVIDE ALL INMATE WORKERS WITH SAFE WORK ENVIROMENTS, TRAINING, AND SAFETY EQUIPMENT. ISP REFRAIN FROM FORCING INMATES TO ENGAGE IN DANGEROUS TASKS TO SAVE MONEY. COMPENSATORY RELIEF - $15,000.00 PER COMMITTEE MEMBER AND SUPERVISORY STAFF THAT ASSIGNED ME TO STATIONARY ENGINEER AND ORDERED ME TO PERFORM A DANGEROUS TASK THAT RESULTED IN AN ACUTE, SERIOUS, WORKPLACE INJURY; DUE TO ISP STAFF NEGLIGENCE AND DELIBERATE INDIFFERENCE. COMPENSATION IS FOR LOSS OF USE OF MY HAND FOR THE TIME IT TAKES FOR A FULL RECOVERY. PUNITIVE DAMAGES - $15,000.00 PER AFOREMENTIONED ISP STAFF FOR EIGHTH AMENDMENT CONSTITUTIONAL VIOLATIONS. FOR NEGLECT AND DELIBERATE INDIFFERENCE RESULTING IN A SERIOUS INJURY. FOR FAILURE TO PROVIDE SAFETY TRAINING, EQUIPMENT, OR A SAFE WORK ENVIROMENT.

Inmate/Parolee Signature: _David Hathaway_   Date Submitted: 7/6/15

INMATE ASSIGNMENT CARD     EFFECTIVE DATE: 06/19/2015

CDC#: AV5283          NAME:   Hathaway, David

FACILITY:   ISP-A          HOUSING: A  001 1 - 122001U

LOCATION:  002 - A MAINT STATIONARY ENG 2/W

POSITION:  MAM.002.001   A MAINT STATIONARY ENGINEER

| DAYS OF WEEK | START TIME | END TIME |
|---|---|---|
| Monday through Friday | 06:15 | 10:30 |
| Monday through Friday | 11:00 | 13:45 |

ISP

JUL 1 0 2015

APPEALS OFFICE

ISP

JUL 1 0 2015

APPEALS OFFICE

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLASSIFICATION COMMITTEE CHRONO

| | | | |
|---|---|---|---|
| Inmate Name: | Hathaway; David R. | Date: | 05/01/2015 |
| CDC#: | AV5283 | Date of Birth: | 05/29/1981 |

| | | | |
|---|---|---|---|
| Hearing Date: | 05/01/2015 | Hearing Type: | Program |
| Committee Type: | Institution Cls. Committee (UCC) | Correctional Counselor: | W. Hobbs |

**STATIC CASE FACTORS**

**CRITICAL CASE FACTORS**

## CLINICIAN COMMENTS

## COMMITTEE ACTION SUMMARY

RELEASE FROM "COCF" STATUS AND P/O SS, VOC CARPENTRY AND PLUMBING W/L AND ALL REENTRY WAITING LIST NOTING THE INMATE HAS A GED NOTED IN HIS FILE.

## COMMITTEE COMMENTS

Inmate was endorsed to COCF VIA ISP COCF SNY HUB. However, due to criteria change (less than 40 points) he was subsequently deemed ineligible. He has been waiting for re-endorsement. Per direction from A/W S. Smith, he is eligible for placement on ISP SNY job/education waiting lists pending CSR endorsement and subsequent transfer. His non-confidential and confidential separation alerts were screened and are clear. In addition, he was interviewed on 4/30/15 and he stated he has no enemy concerns at ISP.
RELEASE FROM "COCF" STATUS AND P/O SS, VOC CARPENTRY AND PLUMBING W/L AND ALL REENTRY WAITING LIST NOTING THE INMATE HAS A GED NOTED IN HIS FILE.

**COMMITTEE MEMBERS**

| Staff Name | Chairman | Recorder | Title |
|---|---|---|---|
| J. Ayala | | | CCI |
| G. Amaya | | | CCI |
| Y. Covarrubias | | X | CCI |
| W. Hobbs | X | | FC(A) |

**RECORDER**

Y. Covarrubias                                                        05/01/2015

                                                                              Date

**CHAIRPERSON**

W. Hobbs

CDCR 7393 Notification of Diagnostic Test Results Consent Form                    Page 1 of 1
Case 5:15-cv-02247-MWF-MRW    Document 1    Filed 10/30/15    Page 94 of 104    Page ID
#:94

A1-122U

 CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES    AV5283

**Ironwood State Prison**
**19005 Wileys Well Road**
**Blythe, CA 92225**
**Phone: 760-921-3000**
**Fax:**

| PATIENT'S NAME: | Hathaway | David | Robert | **Patient#:** | 11553610 | **DOB:** | 05/29/1981 |
| | Last | First | Middle | | | | |

EXAM:            XR FINGER LEFT-3 VWS
REFERRING M.D.:   V. Chakmakian

DATE OF SERVICE:   06/26/2015 8:22 AM

---

## NOTIFICATION OF DIAGNOSTIC TEST RESULTS

YOUR TEST RESULTS HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:

_____ Your test results are essentially within normal limits or are unchanged and no other provider follow-up is required.

✓ You are being scheduled for a follow up appointment. You will be receiving a ducat indicating your appointment time.

_____ A repeat test will be ordered. You will be ducated for this test.

_____ A chronic care appointment has been schedule for you. You will be receiving a ducat indicating your appointment time.

Provider Name /Title (Print) ___ V. C Hannemann _____

Signature _____    Date: __6-26-15__

**ISP**

JUL 10 2015

APPEALS OFFICE

State of California
Department of Industrial Relations
DIVISION OF WORKERS' COMPENSATION

Estado de California
Departamento de Relaciones Industriales
DIVISION DE COMPENSACIÓN AL TRABAJADOR

WORKERS' COMPENSATION CLAIM FORM (DWC 1)

PETITION DEL EMPLEADO PARA DE COMPENSACIÓN DEL TRABAJADOR (DWC 1)

Employee: Complete the "Employee" section and give the form to your employer. Keep a copy and mark it "Employee's Temporary Receipt" until you receive the signed and dated copy from your employer. You may call the Division of Workers' Compensation and hear recorded information at (800) 736-7401. An explanation of workers' compensation benefits is included as the cover sheet of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

Empleado: Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia firmada y fechada de su empleador. Ud. puede llamar a la Division de Compensación al Trabajador al (800) 736-7401 para oir información gravada. En la hoja cubierta de esta forma esta la explicación de los beneficios de compensación al trabajador.

Ud. también debería haber recibido de su empleador un folleto describiendo los benficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

Toda aquella persona que a propósito haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos de compensación a trabajadores lesionados es culpable de un crimen mayor "felonía".

Employee—complete this section and see note above    Empleado—complete esta sección y note la notación arriba

1. Name. Nombre. HATHAWAY DAVID    Today's Date. Fecha de Hoy. 6 26 15
2. Home Address. Dirección Residencial. 19005 Wiley Well    AL-122U
3. City. Ciudad. BLYTHE    State. Estado. C.A.    Zip. Código Postal.
4. Date of Injury. Fecha de la lesión (accidente). 6 26 15    Time of Injury. Hora en que ocurrió. 0724 a.m. p.m.
5. Address and description of where injury happened. Dirección/lugar dónde occurió el accidente. ISP - FACILITY A VOC. AREA
6. Describe injury and part of body affected. Describa la lesión y parte del cuerpo afectada. SMASHED LEFT INDEX FINGER TIP
7. Social Security Number. Número de Seguro Social del Empleado. 137 - 26 - 3538
8. Signature of employee. Firma del empleado. David Hathaway 6/29/15

Employer—complete this section and see note below. Empleador—complete esta sección y note la notación abajo.

9. Name of employer. Nombre del empleador. Ironwood State Prison
10. Address. Dirección. 19005 Wiley's Well Road Blythe, CA 92225
11. Date employer first knew of injury. Fecha en que el empleador supo por primera vez de la lesión o accidente. 6 26 15
12. Date claim form was provided to employee. Fecha en que se le entregó al empleado la petición. 6 26 15
13. Date employer received claim form. Fecha en que el empleado devolvió la petición al empleador. 6 26 15
14. Name and address of insurance carrier or adjusting agency. Nombre y dirección de la compañia de seguros o agencia administradora de seguros.

**State Compensation Insurance Fund**

15. Insurance Policy Number. El número de la póliza de Seguro. 444
16. Signature of employer representative. Firma del representante del empleador.
17. Title. Título. STATIONARY Engineer    18. Telephone. Teléfono. 760-921-3000 Ext. !

Employer: You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within one working day of receipt of the form from the employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

Empleador: Se requiere que Ud. feche esta forma y que provéa copias a su compañia de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado esta petición dentro del plazo de un día hábil desde el momento de haber sido recibida la forma del empleado.

EL FIRMAR ESTA FORMA NO SIGNIFICA ADMISION DE RESPONSABILIDAD

☐ Employer copy/Copia del Empleador   ☐ Employee copy/ Copia del Empleado   ☐ Claims Administrator/Administrador de Reclamos   ☐ Temporary Receipt/Recibo del Empleado

e3301 (Rev. 8/10) - DWC Form 1 (Rev. 6/10)

ISP

JUL 10 2015

APPEALS OFFICE

```
                      61•39+
                     105•59+
                       2•71+
                       1•14+
004
                     170•83◊

                     170•85÷
                       6•=
Balance          28•47*+

                      61•39+
                     100•00+
                       2•47+
                       1•14+
004
                     165•00◊

                     165•00÷
                       6•=
deposit          27•50*+
```

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy the prisoner's trust account statement showing transactions of;

**HATHAWAY, DAVID  CDC #AV5283** for the last six months at

**IRONWOOD STATE PRISON**   where he is confined.

I further certify that the average deposits each month to this prisoner's trust account for the most recent 6-month period were $27.50 and the average balance in the prisoner's trust account for the most recent 6-month period was $28.47

Dated October 23, 2015

Authorized Officer of the Institution

Date-Time: 10/28/2015 7:50:09 AM

Institution: ISP

CDCR

## Inmate Statement Report

| Start Date: | 4/1/2015 | Revalidation Cycle: | All |
| End Date: | 9/30/2015 | Housing Unit: | All |
| Inmate/Group#: | AV5283 | | |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

1

Date/Time: 10/23/2015 7:30:09 AM
Institution: ISP

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AV5283 | HATHAWAY, DAVID | ISP | A 001 1 | 104001 |

**Current Available Balance:**   $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 04/01/2015 | ISP | BEGINNING BALANCE | | | | $0.00 |
| 04/04/2015 | ISP | TRACS TRANSFER IN | TX04042015 | | $61.39 | $61.39 |
| 04/04/2015 | WSP | TRACS TRANSFER OUT | TX04042015 | | ($61.39) | $0.00 |
| 04/24/2015 | ISP | SALES | 67 | | ($55.80) | $5.59 |
| 05/02/2015 | ISP | JPAY | 0000000045489791 | | $100.00 | $105.59 |
| 05/02/2015 | ISP | RESTITUTION FINE PAYMENT | | | ($50.00) | $55.59 |
| 05/02/2015 | ISP | ADMINISTRATIVE FEE | | | ($5.00) | $50.59 |
| 05/15/2015 | ISP | SALES | 49 | | ($1.60) | $48.99 |
| 05/20/2015 | ISP | SALES | 28 | | ($41.85) | $7.14 |
| 05/20/2015 | ISP | SALES | 29 | | ($6.90) | $0.24 |
| 07/03/2015 | ISP | PAY - SUPPORT | TF#1/AYD-1/JUNE2015 | | $2.47 | $2.71 |
| 07/03/2015 | ISP | RESTITUTION FINE PAYMENT | | | ($1.23) | $1.48 |
| 07/03/2015 | ISP | ADMINISTRATIVE FEE | | | ($0.12) | $1.36 |
| 07/13/2015 | ISP | COPY CHARGES | HEALTH CARE | | ($0.80) | $0.56 |
| 07/13/2015 | ISP | COPY CHARGES | APPEAL 602 | | ($0.56) | $0.00 |
| 08/06/2015 | ISP | I/M PAY - SUPPORT | #1/AD/A-1/1-JULY15 | | $1.14 | $1.14 |
| 08/06/2015 | ISP | RESTITUTION FINE PAYMENT | | | ($0.57) | $0.57 |
| 08/06/2015 | ISP | ADMINISTRATIVE FEE | | | ($0.05) | $0.52 |
| 08/06/2015 | ISP | LEGAL COPY | LEGAL COPIES | | ($0.52) | $0.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | APPEAL 602 | $4.90 | ($0.56) | $4.34 |
| REGULAR MAIL | CA.BOAR.CONTROL | $7.05 | $0.00 | $7.05 |
| MEDICAL COPAY | DE.2412927 10/1/15 | $5.00 | $0.00 | $5.00 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|

2

Date\Time: 10/23/2015 7:50:09 AM                                                      Verified: _____

Institution: ISP

## Inmate Statement Report

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | PA080307 | Active | $300.00 | $0.00 | ($51.80) | $248.20 |



If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirement.</u>

---

# PRISON CERTIFICATE
## (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant _____*Hathaway  David*_____ ,
(NAME OF INMATE)

_____*# AV5283*_____ ,
(INMATE'S CDC NUMBER)

has the sum of $___*0.00*___ on account to his/her credit at _____

_____*Ironwood State Prison*_____ .
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution.  I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $ ___*28.47*___ ,

and the *average monthly deposits* to the applicant's account was $___*27.50*___ .

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___*10/23/15*___
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____*Sandra Smith*_____
OFFICER'S FULL NAME (PRINTED)

_____*Sr Accounting Officer*_____
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)          -4-          ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __DAVID HATHAWAY #AV5283__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the CENTRAL District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the CENTRAL District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☑ $150 $350.00 DH (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_10/11/2015_
DATE

_David Hathaway_
SIGNATURE OF PRISONER





UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET, ROOM # G-8
LOS ANGELES, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 2 9 2015
CENTRAL DISTRICT OF CALIFORNIA

PRIORITY MAIL ★
TRACKED ★ INSURED ★
UNITED STATES POSTAL SERVICE.
For Domestic Use Only

HATHAWAY # AN 5263
IRONWOOD STATE PRISON
A1-104
PO BOX 2199
BLYTHE CA 92226

LEGAL ONLY



c/o

10-24-15