JS-6

# O R D E R

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HATHAWAY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FRED BARTH,<br><br>　　　　　　　　Defendant. | CV15-2247MWF(MRW)<br><br>**STIPULATION OF DISMISSAL**<br><br>Date:<br>Time:<br>Courtroom:　Roybal 550<br>Judge:　　　Magistrate Judge<br>　　　　　　Michael R. Wilner<br>Trial Date:<br>Action Filed: 12/21/2015 |

　　　IT IS HEREBY STIPULATED by and between the parties in this action that Defendant FRED BARTH, former Stationary Engineer employed by the California Department of Corrections and Rehabilitation at Ironwood State Prison, is hereby discharged and dismissed, with prejudice, from the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: August 5, 2016

DAVID HATHAWAY, PRO SE

By *David Hathaway*
David Hathaway
*Plaintiff*

Dated: August 10, 2016

KAMALA D. HARRIS
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General

By   /s/ TERRY A. BARAK
TERRY A. BARAK
Deputy Attorney General
*Attorneys for Defendant Fred Barth*

IT IS HEREBY ORDERED THAT this action be dismissed with prejudice forthwith.

IT IS SO ORDERED.

Dated: October 7, 2016

Hon. Michael W. Fitzgerald
United States District Judge

LA2016600266
62076260.doc